UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

BKY NO.: 25-60780-WJF
CHAPTER 12

---

IN RE:

CASEY P. RESTAD,

DEBTOR.

---

RULE 2004 EXAMINATION OF CASEY PETER RESTAD

MARCH 13, 2026

REPORTED BY: Emily K. Branzovsky
PROFESSIONAL REPORTERS OF MINNESOTA
P.O. Box 1971
Mankato, Minnesota 556001

Rule 2004 Examination of Debtor, CASEY PETER RESTAD, taken on March 13, 2026, via Zoom, commencing at 9:01 a.m., before Emily K. Branzovsky, a Notary Public in and for the County of Hennepin, State of Minnesota.

* * *

A P P E A R A N C E S

For FBN Finance and Compeer Financial:
Rick J. Halbur, Esquire
Gislason & Hunter LLP
2700 South Broadway
PO Box 458
New Ulm, Minnesota 56073-0458
PHONE 507-354-3111
EMAIL rhalbur@gislason.com

For Casey Restad, Debtor:
David C. McLaughlin, Esquire
Fluegel, Anderson, McLaughlin & Brutlag, Chartered
129 2nd Street NW
Ortonville, Minnesota 56278
PHONE 320.839.2549
EMAIL dmclaughlin@fluegellaw.com

Also Present:
Chris Hawkins, Esq.
Sam V. Calvert, Esq.

* * *

I N D E X


EXAMINATION — PAGE

BY MR. HALBUR.................................. 4

RE-EXAMINATION

............................................ (None)

OBJECTIONS BY:

............................................

REQUESTS

FOR PRODUCTION................................ (None)
FOR INFORMATION............................... (None)
INSTRUCTION NOT TO ANSWER..................... (None)

REPORTER'S CERTIFICATE....................... 85


REPORTER'S NOTE

The sealed original transcript has been delivered to: Rick Halbur, Esq.

E X H I B I T S

| EXHIBIT NO. | DESCRIPTION | MARKED |
|---|---|---|
| (None) | | |

CASEY PETER RESTAD,
having been first duly sworn, testified as follows:

EXAMINATION

BY MR. HALBUR:
Q Good morning, Mr. Restad. My name's Rick Halbur. I am an attorney with Gislason & Hunter. I represent FBN Finance and Compeer in this matter.
Throughout this 2004 exam, I might reference FBN or Compeer, or both. You understand they're one and the same for the purposes of this 2004 exam in this bankruptcy.
You understand that, correct?
**A Yes.**
Q Okay. All right. And I just remind you that you're testifying under oath. As you know, you're required to testify to the truth.
And the court reporter -- we're all here in three different rooms here, and so the court reporter has to take down your testimony after I answer [sic] the questions, so I ask that you listen to my question, wait until I finish the question, and then you can answer; that way we don't talk over each other. And that makes it difficult for the court reporter to take down your testimony.



And I'd ask for verbal answers, not "uh-huhs" or head shakes or nods. The court reporter can't take that down. So please just listen to the question and then answer it with a verbal answer. I'll assume that you understand the question, unless you let me know otherwise, saying, "I don't understand it," and we can attempt to clarify it and make it a little bit more intelligible.
We will -- we are going to go a couple of hours today, so we want to take a reasonable amount of breaks. Just let me and your attorney know when you would like to take a break. And I've got spots where I want to -- I think are good break spots.
But if we do take a break, I would ask you just finish the pending question if I've got one pending, and then we'll take a break after that.
So with that, are you taking any medications or other substances that may impede or impair your ability to testify truthfully today?
**A No.**
Q All right. Do you have any reason to believe that you will be unable to testify truthfully today?



**A No.**
Q All right. Could you please state your full name for the record?
**A Casey Peter Restad.**
Q All right. And what's your date of birth?
**A [redacted]4.**
Q All right. And what's your marital status?
**A Married. Still in the divorce process.**
Q Okay. And what's your current home address?
**A 23361 Lida Drive, Pelican Rapids, Minnesota 56572.**
Q And how --
(Court reporter requested clarification.)
BY MR. HALBUR:
Q All right. And how long have you lived at that address?
**A Since 2016.**
Q Okay. Are you currently employed?
**A Yes.**
Q Where?
**A I farm.**
Q Okay. So you consider yourself currently engaged in farming, is what you're saying?



**A Yes.**
Q All right. And what was your last job before you -- and so you farm full time now is what you're saying?
**A Yes.**
Q Okay. And before that, did you have any other occupation or job?
**A Yes. I have farmed and owned an ag retail business.**
Q Okay. Were you ever a certified public accountant?
**A No.**
Q Okay. What's your educational background?
**A Received my bachelor's in science in accountancy from MSUM.**
Q Okay. Oh, you were an accountant, not a CPA?
**A Correct.**
Q Gotcha. Okay.
What did you do to prepare for this 2004 examination today?
MR. McLAUGHLIN: Nothing.
THE WITNESS: Nothing. Just showed up to it.
BY MR. HALBUR:

Q Did you meet with anyone, other than your attorney, to discuss this 2004 exam?
A **No.**
Q Did you review any documents in your preparation of this 2004 examination?
A **I plead the Fifth.**
MR. McLAUGHLIN: Okay. I'll tell ya -- yeah, basically, what he's -- what he's reviewed is he's viewed the documents -- exhibits which you emailed to us yesterday. He's seen those.
MR. HALBUR: Okay.
BY MR. HALBUR:
Q Do you agree with that, Mr. Restad, what your attorney just said?
A **Yes. I just saw them this morning for the first time.**
Q Okay. Have you spoken to anyone, other than your attorney, about this 2004 examination?
A **No.**
Q Have you ever spoken to anyone, other than your attorney, about your bankruptcy case?
A **Yes.**
Q Who did you speak to about your bankruptcy case?
A **I plead the Fifth.**



Q Did you speak to your parents?
A **I plead the Fifth.**
Q What did you talk about with your parents?
A **I plead the Fifth.**
Q And when you say -- when you plead the Fifth, are you saying your Fifth Amendment right against self-incrimination?
A **Yes.**
Q Okay. Let's talk about your personal background here.
Have you ever had your deposition or a 2004 exam taken before today?
MR. McLAUGHLIN: Answer that.
THE WITNESS: No.
BY MR. HALBUR:
Q Have you ever been charged with a crime other than, you know, speeding tickets or parking tickets?
A **I plead the Fifth.**
Q Now, let's look at -- I'm sharing this screen here. I'm gonna go to the first exhibit.
MR. HALBUR: Dave, if you can get Exhibit A, as in "Apple" in front of you, I am going to zoom in on my share screen to make it a little bit easier to see.



BY MR. HALBUR:
Q Can you see on the share screen in front of you -- again, it's Exhibit A, pages 1 and 2, that's at the bottom there? Let's go to the top.
Do you have that in front of you, Mr. Restad?
A **Yes.**
Q Okay. Now, I represent to you that this exhibit is a document that Compeer internally prepared. And, unfortunately, I can't see.
Do you see how some of this has a little bit of a darker gray and some is just white in the background? It's probably easier for you to see in your written copy in front of you.
A **Yes.**
Q Okay. All right. Well, it's -- this internal document compares machinery, equipment, and other collateral that was listed on Compeer's November 27th, 2024, chattel appraisal, and it compares it with Exhibit F on your bankruptcy schedules.
So -- and if I recall your first meeting with creditors, do you remember I asked you a few questions about 6 weeks ago?
A **Yes.**



Q All right. And I think you said you recall Compeer completing a chattel appraisal of machinery and equipment in November of 2024.
Am I correct in that recollection?
A **I plead the Fifth.**
Q Well, you testified to it before. Let me just ask you here:
Do you recall Compeer completing a chattel appraisal?
A **I plead the Fifth.**
Q Did you ever receive a copy of Compeer's November 27, 2024, chattel appraisal?
A **I plead the Fifth.**
MR. HALBUR: Well, Mr. McLaughlin, I'm just seeing if he's got -- ever received, you know, an appraisal here. He just spoke a first meeting with creditors.
Is he gonna answer -- or, you know, plead the Fifth even on those sorts of questions?
MR. McLAUGHLIN: Yes. Just because once it starts, it starts. So whatever he said at the first meeting of creditors is on the record.
BY MR. HALBUR:
Q Did you ever review Compeer's appraisal of that

collateral, Mr. Restad?
MR. McLAUGHLIN: Answer that.
THE WITNESS: I plead the Fifth.
BY MR. HALBUR:
Q If you did review it, did you ever tell Compeer that some of the items listed on that chattel appraisal were not, in fact, owned by you?
**A I plead the Fifth.**
Q If you did not tell Compeer that upon discovering items on the appraisal that were not owned by you, why didn't you inform Compeer about that?
**A I plead the Fifth.**
Q Okay. Let's go to Exhibit A in front of you, which I've also shared on screen here.
Do you see at the very top where it says "Machinery" -- or "Farm Machinery & Equipment Owned," and then it says "Year," "Make, Model," and "Description"?
I've got my cursor going over it here on the exhibit.
**A Yes.**
Q Okay.
MR. HALBUR: And then, Mr. McLaughlin, can you actually get your -- so I can't see your faces a little be better? I can't



see directly on the screen. Can you just turn it a little bit?
Yeah, that's better. Now I can. All right.
BY MR. HALBUR:
Q All right. So I'm gonna go through these items, and it's gonna take a little while. And so I'd ask that you follow along.
But do you see this? On this document, I'm going to have aim my cursor at Exhibit A.
Do you see where it says "2011 JD 9560RT Tractor Bareback" that I've got with my cursor here?
**A Yes.**
Q Okay. Did you ever own this piece of machinery?
**A I plead the Fifth.**
Q Did you sell that piece of machinery --
**A I plead the --**
Q -- at any time?
**A I plead the Fifth.**
Q If you did sell that piece of machinery, did you turn over those proceeds to FBN or Compeer?
**A I plead the Fifth.**
Q Did your dad ever own that piece of machinery?
**A I plead the Fifth.**



Q Does your dad still own that piece of machinery today?
**A I plead the Fifth.**
Q All right. Let's go to the next item.
Do you see here the next one says "2011 JD8360RT Tractor PTO"?
Do you see that?
**A Yes.**
Q Actually, let's look down, then.
Do you see -- under this "Tractors" and "Skidsteers" situation -- or sorry -- heading, do you see underneath there is says "JD 4320 Tractor Cab," "MF 35 Tractor," "JD 60G Excavator," and "Nissan Optimum 50 Forklift"?
Did you see all those?
**A Yes.**
Q Okay. Did you ever own any of those items?
**A I plead the Fifth.**
Q Did you ever sell those items and not turn over those items to -- or not turn over the proceeds of those items to FBN or Compeer?
**A I plead the Fifth.**
Q Did your dad ever own those items?
**A I plead the Fifth.**
Q Does your dad own those items today?



**A I plead the Fifth.**
Q So going down this Exhibit A, do you see where it says "2019 JD 333G Skidsteer Tracks"?
**A Yes.**
Q Okay. And then you go down there, do you see where it says "Melroe Bobcat," and then it has some skid attach, you know, a 10-inch bucket; Skid Attach: 84-inch Skeleton Grapple; skid Attach: Wolverine Auger; Skid Attach: Diamond Mower; Brandt 44SD60G Bucket; and a JD Z950R Lawn Mower?
Do you see all those items?
**A Yes.**
Q Did you ever own any of those pieces of machinery or equipment?
**A I plead the Fifth.**
Q Did you sell those items at any time and fail to turn over the proceeds from those sales or dispositions to FBN or Compeer?
**A I plead the Fifth.**
Q All right. What about -- did your dad ever own any of those items that we just discussed?
**A I plead the Fifth.**
Q All right. Does your dad still own those items today?

**A I plead the Fifth.**
Q Do you see where my cursor on this Exhibit A is? It has "GPS EQUIPMENT," and underneath it has a John Deere StarFire 6000 Globe. It has a JD 7000 Globe, a JD 4640 Display, a JD 6000 Globe, JD 60 -- or sorry. Strike that.
A JD 4640 display, a JD 7000 Globe, a JD 6000 Globe, and then another JD 6000 Globe?
**A Yes.**
THE COURT REPORTER: And, Rick --
BY MR. HALBUR:
Q Okay. And all of those items under the GPS EQUIPMENT column of Exhibit A, did you ever own those items?
**A I plead the Fifth.**
(Whereupon, a logistical discussion was held off the record.)
MR. HALBUR: Can you read back the -- my last question and answer, Emily?
THE COURT REPORTER: Yes, I'm sorry, I don't know if I have it completely because I was trying to get your attention.
The last question is:
Do you see where my cursor is on this



Exhibit A that's GPS EQUIPMENT and under is -- has a John Deere StarFire 6000 Globe and -- or sorry. Strike that.
A JD 6460 display --
I'm going to be honest, I lost all of that list there --
And the question at the end was:
And all of those items under, did you ever own those items?
And then I was trying to get your attention during that time, so that's what I have.
(Whereupon, a logistical discussion was held off the record.)
BY MR. HALBUR:
Q So, Mr. Restad, under the GPS EQUIPMENT on Exhibit A, do you see where it starts with: JD StarFire 6000 Globe, JD 7000 Globe, JD 4640 Display, JD 6000 Globe, JD 4640 Display, JD 7000 Globe, and then there are two JD 6000 Globes?
**A Yes.**
Q Okay. Did you ever own any of those items that we just discussed on this Exhibit A?
**A I plead the Fifth.**
Q Did you sell or otherwise dispose of those items



and fail to remit the proceeds from those dispositions to FBN or Compeer?
**A I plead the Fifth.**
Q Did your dad ever own any of the items under the GPS EQUIPMENT column that we just discussed from Exhibit A today?
**A I plead the Fifth.**
Q Does your dad still own any of those items today?
**A I plead the Fifth.**
Q Okay. On Exhibit A under COMBINE & HEADS, this first page here, do you see where it begins on -- it says a 2015 JD S680 Combine followed by a JD S680 Combine followed by a JD 64 -- or 640FD Bean Head, followed by another JD 640FD Bean Head head, followed by a JD 618C Corn Head, followed by a 2022 Unverferth AWS-42 Head Trailer, followed by a Headhunter Classic 43-inch [sic] Head Trailer.
Do you see all those items?
**A Yes.**
Q All right. Did you ever own any of those items of machinery and equipment?
**A I plead the Fifth.**
Q Did you sell or otherwise dispose of those items and fail to remit all of the proceeds of those



sales to FBN or Compeer?
**A I plead the Fifth.**
Q Did your dad ever own any of these items that we just discussed under the COMBINE & HEADS section of this exhibit?
**A I plead the Fifth.**
Q Under the PLANTING EQUIPMENT section of this Exhibit 5 on page 1, do you see where it says "2015 through 2017 Unverferth" -- well, it's a seed runner there.
Do you see there with my cursor that I'm circling over?
**A Yes.**
Q Okay. And then right under that, there's "TILLAGE EQUIPMENT." There's a 2017 John Deere, a 2700 Ripper, and then there's another item, a 2023 Soil Warrior.
Do you see that?
**A Yes.**
Q Okay. Now, these two -- these items underneath PLANTING EQUIPMENT and Tillage Equipment, did you ever own any of these items?
**A I plead the Fifth.**
Q Did you ever sell or otherwise dispose of these items and fail to remit all proceeds from those

sales or dispositions to FBN or Compeer?
A **I plead the Fifth.**
Q All right. On page 1 of Exhibit A, do you see where it says "GRAIN HANDLING EQUIPMENT," and there's a Brandt 1535TD conveyor followed by a Brent 1596 Grain Cart?
A **Yes.**
Q Okay. Did you ever own those items?
A **I plead the Fifth.**
Q Did you ever sell any of those items and then fail to remit all proceeds from the sales of -- or disposition of those items to FBN or Compeer?
A **I plead the Fifth.**
Q Did your dad ever own any of the items that we just discussed?
A **I plead the Fifth.**
Q Does he still own those -- does your dad still own those items today?
A **I plead the Fifth.**
Q Towards the bottom of page 1 of Exhibit A, do you see where it says "SPRAY & FERTILIZER EQUIPMENT"?
A **Yes.**
Q Okay. And do you see there's -- there's a number of items here? It's a John Deere R4038 Applicator, followed by a Hardi Commander



Sprayer, followed by (5) 3000-gallon liquid fertilizer tanks, followed by two Meridian fertilizer 125-ton items?
A **Yes.**
Q Okay. Did you own -- did you ever own any of these items?
A **I plead the Fifth.**
Q Did you sell or otherwise dispose of these items and then fail to remit all proceeds from those sales or dispositions to FBN or Compeer?
A **I plead the Fifth.**
Q The next page, page 2 of Exhibit 1, do you see where it says "FORAGE EQUIPMENT"? There's a Bush Hog listed.
A **Yes.**
Q Okay. Did you ever own this Bush Hog?
A **I plead the Fifth.**
Q Did you sell or otherwise dispose of this Bush Hog and then fail to remit all proceeds from the sale or disposition of that Bush Hog to FBN or Compeer?
A **I plead the Fifth.**
Q Under the miscellaneous section on page 2 of Exhibit 1, do you see where my cursor is kind of circling over to where I'm referring to on this



exhibit?
A **Yes.**
Q Okay. And it's got a number of items listed here: Tools in shop, Inland DA, a Honda, an Atlas air compressor -- portable generator, actually, here; Loftness oil cooler. We've got 12 CV radios, two JD tail [sic] tool chests -- or tall tool chests, two rolling tool chests, a 10-000-gallon fuel tank, and one 2000-gallon one, 1000-gallon fuel tanks.
Do you see that?
A **Yes.**
Q Okay. Did you ever own any of these items?
A **I plead the Fifth.**
Q Did you sell or otherwise dispose of these items at any time and fail to remit all of the proceeds of those sales or dispositions to FBN or Compeer?
A **I plead the Fifth.**
Q Okay. Now, if we go down a little bit further to page 2 of Exhibit A, do you see where it has titled "Equipment & Vehicles" where my cursor is circling?
A **Yes.**
Q Okay. All right. And just to kind of quickly summarize here. Do you see under VEHICLES where



it has a 2019 Ford Expedition, a 2024 Ford F-350 pickup, a 1979 Ford F-150 pickup, a 1997 Chevy 2500 pickup? Do you see those items?
A **Yes.**
Q Okay. And then under TRAILERS, right underneath that, there's a van trailer - water trailer with inductors, a Honda motor, with water tanks, and then there's a 2024 Behnke tilt-bed trailer bumper hitch here.
Do you see those items?
A **Yes.**
(Mr. Sam Calvert enters proceedings.)
BY MR. HALBUR:
Q Okay. And then under TRUCKS, there's a Ford, a 1993 Ford. It looks like a fertilizer truck with a Tender roll tarp, and then there's a recreational vehicle, a Sea-Doo jet ski.
Do you see all those items?
A **Yes.**
Q Okay. Now, all these items under the title "Vehicles & Equipment" -- or excuse me -- under the title "Equipment & Vehicles," did you ever own any of these items?
A **I plead the Fifth.**

Q Did you ever sell or otherwise dispose of any of these items and fail to remit all proceeds from those sales or dispositions to FBN or Compeer?
A **I plead the Fifth.**
Q Did your dad ever own any of these items?
A **I plead the Fifth.**
Q Does your dad still own them today?
A **I plead the Fifth.**
Q All right. We're gonna move on to some of the loan documents here.
Do you recall when you first borrowed money from FBN?
A **I plead the Fifth.**
Q Tell me the circumstances that led to your borrower-lender relationship with FBN.
A **I plead the Fifth.**
Q When did you first become a customer of FBN?
A **I plead the Fifth.**
Q Why did you enter into a borrower-lender relationship with FBN?
A **I plead the Fifth.**
Q Who was your initial loan officer at FBN?
A **I plead the Fifth.**
Q Immediately prior to your Chapter 12 filing, who was your loan officer at FBN?



A **I plead the Fifth.**
Q Do you recall when Mr. Chris Hawkins became your FBN/Compeer loan officer?
A **I plead the Fifth.**
Q Do you know who Mr. Chris Hawkins is?
A **I plead the Fifth.**
Q Who was your lender before FBN and Compeer?
A **I plead the Fifth.**
Q How long did you have a lending relationship with that lender?
A **I plead the Fifth.**
Q Let's go to Exhibit B, as in "Boy." Please get that handy. I will pull it up on my screen as well.
Let me know when you're there.
A **Yes, I'm there.**
Q Okay.
MR. HALBUR: And let the record reflect the examinee here, Mr. Restad, has Exhibit B, as in "Boy," not only in front of him in a hard copy, but also I'm sharing it on my screen.
BY MR. HALBUR:
Q Please flip through it, Mr. Restad. And do you recognize this document?



A **I plead the Fifth.**
Q Well, I'll represent to you that this document is an unredacted copy -- copy of Exhibit B, as in "Boy," to FBN and Compeer's proof of claim in this matter.
It represents the loan documents from an April 10, 2023, loan that you obtained from FBN.
MR. McLAUGHLIN: Excuse me. The -- Exhibit B is a loan document between Peter Wayne Restad and FBN.
MR. HALBUR: He -- and that's right. It was originally entered in there. We'll find out here that under the modification agreement, Exhibit C, I believe, that Casey became liable on this through there.
But you are correct. This particular document, Exhibit B, in front of you only bears the signature of Peter Wayne Restad.
BY MR. HALBUR:
Q Have you seen this exhibit before today, Mr. Casey Restad?
A **I plead the Fifth.**
Q Do you have any reason to doubt the authenticity of this exhibit?
A **I plead the Fifth.**



Q Are you in any way familiar with loan evidenced by this exhibit?
A **I plead the Fifth.**
Q Do you know why this specific loan was obtained from FBN?
A **I plead the Fifth.**
Q Is your dad's name Peter Wayne Restad?
A **I plead --**
MR. McLAUGHLIN: Answer.
THE WITNESS: Yes.
BY MR. HALBUR:
Q Please turn to page 19 of this Exhibit B, as in "Boy." I will pull it up on the share screen as well.
Let me know when you see it on the share screen or when you have it in front of you.
A **Yes, I have it pulled up.**
Q Okay. Do you see on my cursor -- I'm going to zoom in -- where underneath the word "Borrower," there is a DocuSign signature that I'm circling here that says "Peter Wayne Restad"?
Do you see where I'm doing this with my cursor on page 19?
A **Yes.**
Q And do you see the address right to the right of

the eSignature on page 19 that you just testified to? I'm gonna highlight it with my cursor here.
Do you see where it says "44334 County Highway 113, Pelican Rapids, Minnesota 56572, United States"?
A **I see that.**
Q Okay. At the time that page 19 of this exhibit was signed via DocuSign, do you know who resided at that address?
A **I plead the Fifth.**
Q Do you see that underneath that address on page 19 of Exhibit A, there's a telephone number, which I'm gonna highlight with my cursor here? And do you see that that telephone number on page 19 of this exhibit is (218) 770-6622?
A **I see that.**
Q Okay. At the time that page 19 of this exhibit was signed via DocuSign, do you know whose phone number that was?
A **I plead the Fifth.**
Q Do you know whether your dad ever used (218) 770-6622 as his phone number?
A **I plead the Fifth.**
Q Have you ever used (218) 770-6622 as your phone number?



A **I plead the Fifth.**
Q During what time have you ever used -- during what time period -- strike that.
During what time period have you ever used this phone number as your phone number?
A **I plead the Fifth.**
Q Now, underneath the telephone number on this Exhibit B, as in "Boy," page 19, do you see where I've highlighted with my cursor it says "Email: restadc@gmail.com."
Do you see that?
A **Yes.**
Q At the time that page 19 of this exhibit was signed via DocuSign, do you know whose email address that was?
A **I plead the Fifth.**
Q Do you know whether your dad ever used restadca@gmail.com as his email address?
A **I plead the Fifth.**
Q Have you ever used restadca@gmail.com as your email address?
A **I plead the Fifth.**
Q During what time period have you ever used restadca@gmail.com as your email address?
A **I plead the Fifth.**



Q Were you involved in any manner with the execution of page 19 of this exhibit?
A **I plead the Fifth.**
Q What was the nature of your involvement?
A **I plead the Fifth.**
Q Did you personally observe the execution of page 19 of this exhibit via DocuSign?
A **I plead the Fifth.**
Q Did you sign page 19 of this exhibit on behalf of your dad via DocuSign without first asking your dad if you had his permission to do so?
A **I plead the Fifth.**
Q Let's go to -- I'll just wait here.
On page 19, one more thing, did you forge your dad's signature on page 19 of this exhibit?
A **I plead the Fifth.**
Q Let's go to page 28 of this exhibit, Exhibit B, as in "Boy," I will go on the share screen. I'd ask that you follow along as well.
Let me know when you're there?
A **I am there.**
Q Is that your dad's eSignature on page 28 of this exhibit?
A **I plead the Fifth.**



Q Was that your dad's eSignature on page 19 of the exhibit that we just went through?
A **I plead the Fifth.**
Q Were you involved in any manner with the execution of page 28 of this exhibit?
MR. McLAUGHLIN: Page 20?
MR. HALBUR: Page 28. Sorry.
MR. McLAUGHLIN: Okay.
THE WITNESS: I plead the Fifth.
BY MR. HALBUR:
Q Okay. What was the nature of your involvement?
A **I plead the Fifth.**
Q Did you personally observe the execution of page 28 of this exhibit via DocuSign?
A **I plead the Fifth.**
Q Did you sign page 28 of this exhibit on behalf of your dad via DocuSign without first asking your dad if you had his permission to do so?
A **I plead the Fifth.**
Q Did you forge your dad's signature on page 28 of this exhibit?
A **I plead the Fifth.**
Q Do you personally know whether your dad actually signed pages 19 and 28 of this exhibit via DocuSign?

A **I plead the Fifth.**
Q Let's go to the next page, it's the 29th and final page of "Exhibit B, as in "Boy." I will share that page on your screen, but please turn to it in the hard copy you've in front of you and let me know when you're there.
A **I'm there.**
Q Okay. I'll zoom in here as well.
Do you see where it says "Deborah Lynne Restad" on page 29 of Exhibit B?
A **Yes.**
Q Is Deborah Lynne Restad your mother's name?
A **Yes.**
Q Is that your mom's DocuSign signature on page 29 of this exhibit?
A **I plead the Fifth.**
Q Were you involved in any manner with the execution of page 29 of this exhibit?
A **I plead the Fifth.**
Q What was the nature of your involvement?
A **I plead the Fifth.**
Q Did you personally observe the execution of page 29 of this exhibit via DocuSign?
A **I plead the Fifth.**
Q Did you sign page 29 of this exhibit on behalf of



your mother via DocuSign without first asking your mom if you had her permission to do so?
A **I plead the Fifth.**
Q Did your -- did you forge your mother's signature on page 29 of this exhibit?
A **I plead the Fifth.**
Q Do you personally know whether your mother actually signed page 29 of this exhibit via DocuSign?
A **I plead the Fifth.**
Q All right. We're now done with Exhibit B, as in "Boy." Please turn to the next -- you will need it in a little bit here, but we're going to go to Exhibit B-1. I will pull that up on my computer, but I would ask that you also pull it up, the hard copy in front of you.
Let me know when you are there?
MR. McLAUGHLIN: Which page is that?
MR. HALBUR: B-1. We'll just go to page 1.
MR. McLAUGHLIN: Is it Exhibit B-1?
MR. HALBUR: Yeah, B-1. Yes. Exhibit B-1. Do you see down here it says "B-1"?



MR. McLAUGHLIN: It's Exhibit C-1, and then B-1 is after C-1.
MR. HALBUR: Well --
MR. McLAUGHLIN: That's what -- that's how the document's printed out, so . . .
MR. HALBUR: Oh, okay. Yeah, get B-1. It says -- at the bottom center, it says "B-1, Page 1 of 5."
And I do have it shared here too so you can see it.
THE WITNESS: Yes, I'm there.
BY MR. HALBUR:
Q Okay. Now, I represent to you that Exhibit B-1 is the DocuSign certificate of completion indicating how and when pages 1 through 28 of Exhibit B were signed.
Now Exhibit B is the exhibit we just got done with. This Exhibit B-1 is just the first 28 pages. It appears that the 29th page of Exhibit B, that was a separate DocuSign envelope, is what they call it.
So now I'm gonna zoom in, and I'm -- want you to see -- look at my cursor so you can see it 'cause it's -- it's hard to see.
I'd like you to get Exhibit B, as in



"Boy," and Exhibit B-1 both right next to each other because I'm gonna bring your attention to -- do you see a little bit below -- oh, what do we got here? Oh, yeah.
Right here it says: Document Pages: 28 pages.
Do you see that where I'm circling on my cursor on Exhibit B-1?
A **Yes, I see your cursor.**
Q Okay. And that just -- again, to indicate, this is for the 28 pages. This certificate of completion deals with the 28 pages that we just discussed, the first 28 pages on Exhibit B, as in "Boy." So I represent that --
MR. McLAUGHLIN: There's a total of 29 pages in Exhibit B.
MR. HALBUR: Right. The -- the 29th page, that's the spousal consent. That -- B-1, that's certificate of completion does not pertain to the 29th page of Exhibit B. It only pertains to the first 28 pages. That's what I'm saying, just so we have a clear record.
MR. McLAUGHLIN: We're just looking at the documents, and the documents say Exhibit B, 15 -- well, what where I'm at now is

15 of 29. There's no reference to 28 because they're all one document, the way it was sent to us.

MR. HALBUR: Right. Yes. Yep.

I'm just saying when it was originally signed via DocuSign, the first 28 pages was one document, Exhibit B, and then page 29, that was a separate document.

BY MR. HALBUR:

Q So do you see -- let's see here. I realize this is kinda long, but look at my cursor here. I'm going back to B-1. I want to make sure there is a clear record here. Page 1 of Exhibit B-1, do you see my cursor going on this long ID, which says "Envelope Id"?

Do you see that?

A **Yes.**

Q Okay. Now, compare that envelope ID with even the first page, or if you want to take all 28 pages of Exhibit B. And I'd represent to you that that is the same envelope ID number.

Please verify that, at least, on the first page.

A **Yes, it appears to be the same.**

Q Okay. All right. And I would represent to you



again, just so we have a clear record, look at the last page of Exhibit B, page 29. That's got a different DocuSign envelope ID in the top left-hand corner.

Do you see that?

A **Yes.**

Q Okay. All right.

All right. So you would agree with me that the envelope ID number on Exhibit B-1 matches the envelope ID number on the first 28 pages of Exhibit B, correct?

MR. McLAUGHLIN: Answer.

THE WITNESS: It appears to be the same.

BY MR. HALBUR:

Q Okay. All right. Let's go to Exhibit B-1.

Do you see -- and let's see here -- under Signer Events, do you see where -- my cursor here? To the right, there is a timestamp column that I have on my cursor here. Do you see where I'm circling that on Exhibit B-1?

A **Yes.**

Q Okay. Do you see that it was viewed on -- and I'm highlighting it here. It was viewed -- it says Exhibit B was viewed on April 10, 2023, at



2:21 p.m., and then it was signed at 2:21 p.m. on that very same day.

Do you see where I've highlighted that on Exhibit B-1?

A **Yes.**

Q Okay. Now let's go over to the left on Exhibit B-1, page 1, under Signer Events.

Does it say that Peter Wayne Restad received the document that was signed at restadca@gmail.com?

A **I plead the Fifth.**

Q Okay. We can put both Exhibit B, as in "Boy," and Exhibit B-1 to the side.

We are going to go to Exhibit C, as in "Cat." Please pull that up when you have a chance. I will pull it up on my screen as well.

Let me know when you're there.

A **I'm there.**

Q All right. And I'll zoom out so the court reporter can see it. We are at C- -- Exhibit C, page 1 of 2.

Do you recognize this document, Mr. Casey Restad?

A **I plead the Fifth.**

Q Have you seen this exhibit before today?



A **I plead the Fifth.**

Q Are you familiar with this exhibit?

A **I plead the Fifth.**

Q What is the nature of your familiarity with this document?

A **I plead the Fifth.**

Q Do you have any reason to doubt the authenticity of this exhibit?

A **I plead the Fifth.**

Q And I should have asked that too.

Do you have any reason to doubt the authenticity of Exhibits B and B-1 that we talked about earlier?

A **I plead the Fifth.**

Q Okay. And now going back to Exhibit C, which I represent on the record is a November -- oh, sorry. Scratch that.

It's a loan modification agreement. That's what it says at the top of page 1 of Exhibit C. And on the second page of Exhibit C, it's dated November 4, 2024.

Do you see that, Mr. Restad?

A **Yes.**

Q Okay. All right.

Do you know why this specific loan

modification agreement was entered into?
A **I plead the Fifth.**
Q Well, tell me the circumstances by which this loan modification agreement was negotiated and signed.
A **I plead the Fifth.**
Q Did you approach FBN or Compeer about a loan modification?
A **I plead the Fifth.**
Q Did Compeer reach out to you or your dad about a modification?
A **I plead the Fifth.**
Q Now, it says, on page 1 of Exhibit C, that you are being added as borrower and additional collateral is being added to further collateralize the debt owed to FBN.
Do you see that?
A **(No response.)**
Q So let me zoom in here.
Do you see where it says "New Borrowers: Casey Restad," and then "Cross Collateralizing [sic] with Related Borrowers"? And it has additional collateral -- whoops.
MR. McLAUGHLIN: The question is does he see it?



MR. HALBUR: Yes.
THE WITNESS: Yes.
BY MR. HALBUR:
Q All right. Why did you agree to add yourself as a borrower on this loan?
A **I plead the Fifth.**
Q Why did you agree to add your personal property identified in this exhibit as additional collateral for this loan?
A **I plead the Fifth.**
Q Let's go to page 2 of Exhibit C.
Do you see where I'm circling where -- underneath "Borrower," where it says "Peter Wayne Restad"?
A **Yes, I see it.**
Q Okay. Is that your dad's DocuSign signature on page 2 of this exhibit?
A **I plead the Fifth.**
Q And do you see where I'm circling on this Exhibit C where it says "Casey Restad," page 2 of Exhibit C?
A **Yes, I see it.**
Q Is that your signature on page 2 of Exhibit -- of this exhibit?
A **I plead the Fifth.**



Q Were you involved in any manner with the execution of page 2 of this exhibit?
A **I plead the Fifth.**
Q What was the nature of your involvement?
A **I plead the Fifth.**
Q Did you personally observe the execution of both you and your dad's signatures via DocuSign of page 2 of this exhibit?
A **I plead the Fifth.**
Q Do you know personally know whether your dad actually signed page 2 of this exhibit via DocuSign?
A **I plead the Fifth.**
Q Did you sign page 2 of this Exhibit C on behalf of your dad via DocuSign without first asking your dad if you had his permission to do so?
A **I plead the Fifth.**
Q Did you forge your dad's signature on this Exhibit C?
A **I plead the Fifth.**
Q Okay. Let's go to Exhibit D, as in "Dog." I will pull it up on my screen here. We'll probably go another 10 minutes, and then I want to take a quick break, and we'll go from there. So let me pull it up.



MR. HALBUR: And just off the record a second, Emily.
(Whereupon, a discussion was held off the record.)
MR. HALBUR: All right. We're back on the record here.
Exhibit D, as in "Dog," I've got it shared on the screen here via Zoom.
BY MR. HALBUR:
Q Mr. Restad, do you also have Exhibit D in front of you?
A **Yes, I have it in front of me.**
Q Okay. Do you recognize this document?
A **I plead the Fifth.**
Q Have you seen this exhibit before today?
A **I plead the Fifth.**
Q Do you have any reason to doubt the authenticity of this document?
A **I plead the Fifth.**
Q Okay. Now, I represent to you for the record that this is a loan and security agreement, along with a credit note, for a second loan -- actually, it's an earlier loan of February 17, 2023, a loan taken out here on the first page of Exhibit D, it says, by Peter Wayne Restad and FBN

Finance, LLC.
The very last page of this exhibit is a spousal consent. This Exhibit D is also Exhibit -- is an unredacted version of Exhibit D to proof of claim just like Exhibits B and C are unredacted versions of Exhibits B and C to FBN's proof of claim.
So, again, getting back to Exhibit D, as in "Dog," are you familiar with the loan evidenced by this Exhibit D?
A **I plead the Fifth.**
Q Do you know why this specific loan was obtained from FBN?
A **I plead the Fifth.**
Q Let's go to page 19 of Exhibit D. I will go there on my shared version. I'd ask that you follow along on your paper copy as well. I will zoom in.
Do you see where I'm circling an electronic eSignature purporting to be Peter Wayne Restad on page 19 of this Exhibit D?
A **Yes, I see your cursor.**
Q Okay. Is that your dad's DocuSign signature on page 19 of this exhibit?
A **I plead the Fifth.**



Q Do you see that the address to the right of your dad's signature on page 19 of this exhibit is -- it's got the address for Peter Restad as 44334 County Highway 113, Pelican Rapids, Minnesota 56572, United States?
MR. McLAUGHLIN: Yes, he sees it.
BY MR. HALBUR:
Q Yeah, just do you see it?
A **Yes, I see it.**
Q Okay. Now, that is the same address that was listed on your dad's address on Exhibit B -- or sorry. Strike that.
That is the same address that was listed as your dad's address on Exhibit B that we discussed earlier today in this 2004 exam, correct?
A **(No response.)**
Q I'm just asking you if it's the same one?
A **It appears to be the same.**
Q Okay. At the time that page 19 of this Exhibit D was signed via DocuSign, who resided at that address?
A **I plead the Fifth.**
Q Going back to page 19 of this Exhibit D.



Do you see I've got a -- highlighted here a telephone number? It has (218) 770-6622 on page 19 of the exhibit? Do you see that?
A **Yes, I see the highlight.**
Q Okay. And that is the same phone number that was listed as your dad's phone number on Exhibit B that we discussed earlier today in this 2004 exam, correct?
A **It appears to be the same.**
Q At the time that page 19 of this exhibit was signed via DocuSign, do you know whose phone number that was?
A **I plead the Fifth.**
Q Do you see I also have highlighted on this page 19 of Exhibit D the email address of restadca@gmail.com?
A **I see it highlighted.**
Q That is the same email address that was listed as your dad's email address on Exhibit B that we discussed earlier today in this 2004 exam, correct?
A **It appears to be the same.**
Q At the time that page 19 of this Exhibit D was signed via DocuSign, do you know whose email address that was?



A **I plead the Fifth.**
Q Were you involved in any manner with the execution of page 19 of this Exhibit D?
A **I plead the Fifth.**
Q What was the nature of your involvement?
A **I plead the Fifth.**
Q I may have asked this, but I'm going to say it any way.
Did you personally observe the execution of this page 19 of this exhibit via DocuSign?
A **I plead the Fifth.**
Q Did you sign page 19 of this exhibit on behalf of your dad via DocuSign without first asking your dad if you had his permission to do so?
A **I plead the Fifth.**
Q Did you forge your dad's signature on page 19 of this exhibit?
A **I plead the Fifth.**
Q Have you ever served as a power of attorney or attorney-in-fact for your father?
A **I plead the Fifth.**
Q Have you ever served as a power of attorney or attorney-in-fact for your mother?
A **I plead the Fifth.**
Q Let's go to page 28 of this Exhibit D. I will go

there on my shared screen, but I'd ask that you follow along.

All right. Let me know when you are at page 28 of Exhibit D.

A **I am there.**

Q Okay. Do you see where I'm circling a DocuSign signature that says "Peter Wayne Restad"?

A **Yes, I see your cursor.**

Q Okay. Is that your dad's DocuSign signature on page 28 of this exhibit?

A **I plead the Fifth.**

Q Were you involved in any manner with the execution of page 28 of Exhibit D?

A **I plead the Fifth.**

Q What was the nature of your involvement?

A **I plead the Fifth.**

Q Did you personally observe the execution of page 28 of Exhibit D via DocuSign?

A **I plead the Fifth.**

Q Did you personally observe the execution of page 28 of this exhibit in any manner?

A **I plead the Fifth.**

Q Did you sign page 28 of this exhibit on behalf of your dad via DocuSign without first asking your dad if he [sic] had his permission -- if you had



his permission to do so?

A **I plead the Fifth.**

Q Do you know whether your dad actually signed pages 19 and 28 of this exhibit via DocuSign?

A **I plead the Fifth.**

Q Did you forge your dad's signatures on pages 19 and 28 of this Exhibit D?

A **I plead the Fifth.**

Q Go to page 29 of this Exhibit D. Let me know when you're there.

A **I am there.**

Q All right. I'm circling what appears to be a DocuSign signature for Deborah Lynne Restad. Do you see that?

A **Yes, I see your cursor.**

Q Okay. Is that your mom's DocuSign signature on page 29 of this exhibit?

A **I plead the Fifth.**

Q Do you know why your mother signed the spousal consent page on page 29 of your exhibit?

A **I plead the Fifth.**

Q Were you involved in any manner with the execution of page 29 of this exhibit?

A **I plead the Fifth.**

Q What was the nature of your involvement?



A **I plead the Fifth.**

Q Did you personally observe the execution of page 29 of this Exhibit D?

A **I plead the Fifth.**

Q Did you sign page 29 of this exhibit on behalf of your mom via DocuSign without first asking your mom if she had -- if -- strike that.

Did you sign page 29 of this exhibit on behalf of your mother via DocuSign without asking your mom if you had her permission to do so?

A **I plead the Fifth.**

Q Did you forge your mother's signature on page 29 of this Exhibit D?

A **I plead the Fifth.**

Q Do you personally know whether your mother actually signed page 29 of this exhibit via DocuSign?

A **I plead the Fifth.**

Q All right. Let's go to -- keep Exhibit D handy, but we're going to go to -- pull up D-1 as well, Exhibit D-1.

MR. McLAUGHLIN: Can you find it? No, this one (indicating).

MR. HALBUR: And let me know when you're there.



THE WITNESS: I am there.

BY MR. HALBUR:

Q Okay. Now, I represent to you that this Exhibit D-1, which I also have up on your screen, is the DocuSign certificate of completion indicating how and when pages 1 through 28 of Exhibit D were signed.

Again, Exhibit D that we spoke about earlier today is an unredacted version of Exhibit D to FBN's proof of claim. But this Exhibit D-1, the certificate of completion, only deals with the note and the credit agreement -- sorry, the loan and security agreement and the credit note, that's pages 1 through 28 of Exhibit D.

Page 29 of Exhibit D, the spousal consent that was -- bears your mother's signature, that was part of a different document envelope for DocuSign.

So with that background in mind, I want to turn your attention back to Exhibit D-1.

Do you see at the top left-hand corner of Exhibit D-1 where it says "Envelope Id"? And I'm circling it with my cursor here on the Zoom screen.

A **Yes, I see your cursor.**
Q Okay. Now, it's a lengthy document ID. Well, actually, let's go underneath.
Do you see the document page is 28 here (indicating)?
A **Yes, I see it.**
Q And, again, I just represent on D-1, that's just saying it's 28 pages. It's a certificate of; it's the first 28 pages of Exhibit D, as in "Dog."
You have no reason to dispute that, do you?
A **I plead the Fifth.**
Q All right. I realize the document ID is long here on Exhibit D-1, but can you look at that and compare it to the document ID on page 1 of Exhibit D?
Do you they appear to be the same -- sorry, not document ID, envelope ID?
A **You're wanting me to compare Exhibit D-1 envelope ID with Exhibit D envelope ID?**
Q Yep. It's lengthy, so take your time. And let me know if they're the same.
A **They appear to be the same.**
Q Okay. Now, on Exhibit D-1, do you see under



Signer Events, right under the timestamp column right here (indicating) --
A **Yes --**
Q -- that it was viewed --
A **-- I see your cursor.**
Q Yep. That it was viewed on February 17th, 2023, at 10:32 a.m.?
A **Yes, I see your cursor.**
Q Okay. And, again, I represent to you they're saying that Exhibit D was viewed by the recipient at 10:32 a.m. on February 17th, 2023.
And then this Exhibit D-1, it says here that it was signed on February 17th, 2023, at 10:33 a.m., one minute later. Do you see that?
A **I see that.**
Q Okay. And then right underneath Signer Events, on the left-hand corner of page 1, about middle of the page 1 of Exhibit D-1, do you see under Signer Events, it says that Peter Wayne Restad received this document at restadca@gmail.com?
A **I plead the Fifth.**
Q I'm just saying do you see that?
A **I see where it says "Signer Events," and then underneath it says "Peter Wayne Restad," and then I see underneath that it says**



**"restadca@gmail.com."**
Q Okay. All right. Let's go to Exhibit E, as in "Elephant." Pulling it up on your screen.
Okay. Do you see Exhibit E, as in "Elephant," in front of you?
A **Yes, I see it.**
Q Okay. And I represent to you that this is an unredacted copy of Exhibit E to FBN's proof of claim in this bankruptcy case.
Do you recognize this document?
A **I plead the Fifth.**
Q Well, I represent to you that this is a loan modification agreement. The second page of this Exhibit E says that it was dated November 4th, 2024. And it modifies the promissory note between -- that was dated February 17th, 2023.
It is modifying Exhibit D, as in "Dog," that we spoke about just a few minutes ago.
Are you familiar with this Exhibit E in any manner?
A **I plead the Fifth.**
Q What is the nature of your familiarity of this Exhibit E?
A **I plead the Fifth.**
Q Do you have any reason to doubt the authenticity



of this exhibit?
A **I plead the Fifth.**
Q All right. Now, I represent to you -- do you see on the second page of this Exhibit E that is has eSignatures that say both "Peter Wayne Restad" and "Casey Restad"?
A **I see your cursor.**
Q Okay. And it says "Peter Wayne Restad" and "Casey Restad" on both -- on this page 2, doesn't it?
A **It appears to say that.**
Q Okay. Do you have any reason to doubt the authenticity of this Exhibit E?
A **I plead the Fifth.**
Q Do you know why this specific loan modification agreement was entered into?
A **I plead the Fifth.**
Q Tell me the circumstances by which this loan modification agreement was negotiated and signed.
A **I plead the Fifth.**
Q Did you approach FBN or Compeer about a loan modification?
A **I plead the Fifth.**
Q Did you reach out -- or did Compeer reach out to you and your dad about a modification?

56

A **I plead the Fifth.**
Q It says, on page 1 of Exhibit E, that you are being added -- I'll go to page 1.
Do you see where it says "New Borrowers" page 1 of Exhibit E? I'm circling it. It says "Casey Restad ('New Borrower')."
Do you see that?
A **I see your cursor, yes.**
Q All right. And then beneath there, it has some additional collateral -- do you see that? -- where my cursor is on the first page of Exhibit E?
A **Yes, I see it.**
Q Okay. All right. So it says, on page 1 of Exhibit E, that you are being added as a borrower and additional collateral being added to further collateralize this debt to FBN.
So why did you agree to add yourself as a borrower on this loan?
A **I plead the Fifth.**
Q Well, did you agree to add yourself as a borrower on this loan?
A **I plead the Fifth.**
Q Did you agree to add your personal property identified in this exhibit as additional

57

collateral to this loan?
A **I plead the Fifth.**
Q Let's go to page 2 of this Exhibit E.
So where I'm circling here, where it says "Peter Wayne Restad," do you see that underneath "Borrower"?
A **Yes, I see your cursor.**
Q Is that your dad's DocuSign signature on page 2 of this exhibit?
A **I plead the Fifth.**
Q What about over here where it says "Casey Restad"? Do you see my cursor is on page 2 of Exhibit E?
A **I see your cursor.**
Q Is that your DocuSign signature on page 2 of this exhibit?
A **I plead the Fifth.**
Q Were you involved in any manner with the execution of page 2 of this exhibit?
A **I plead the Fifth.**
Q What was the nature of your involvement?
A **I plead the Fifth.**
Q Did you personally observe the execution of both you and your dad's signatures via DocuSign on page 2 of this exhibit?

58

A **I plead the Fifth.**
Q Did you personally know -- or sorry. Strike that.
Do you personally know whether your dad actually signed page 2 of this exhibit via DocuSign?
A **I plead the Fifth.**
Q Did you sign page 2 of this exhibit on behalf of your dad via DocuSign without first asking your dad if you had his permission to do so?
A **I plead the Fifth.**
Q Did you forge your dad's signature on the second page of Exhibit E?
A **I plead the Fifth.**
Q All right. Let's set Exhibit E -- actually, no. Pull Exhibit C and E and F together. We're gonna compare those. C, E, and F. And after this, we're gonna take a quick break.
MR. McLAUGHLIN: Which -- which pages are we talking about in C and D?
MR. HALBUR: Sorry. No. C and E, as in "Elephant." C, as in "Cat"; E, as in "Elephant." They're both two-page documents.
I will pull up . . .
BY MR. HALBUR:

59

Q And let me know when you've got Exhibit C, as in "Cat," E, as in "Elephant," and then Exhibit F, as in "Frank."
A **Yes, I have them.**
Q Okay. Now, I represent to you that Exhibit F is the DocuSign certificate of completion indicating how and when Exhibits C and E were signed.
So, for example, do you see how there is an envelope ID -- I'm going to zoom in on Exhibit F -- in the top left-hand corner of, like, C-1? Actually, get that one. Yeah.
What I'm getting at, in the top left-hand corner of Exhibit C and E, those match the certificate of completion document ID on Exhibit F.
Do you see that?
A **Yes, I see it.**
Q Okay. All right.
And do you see on this Exhibit F where it says, you know, "Document Pages," it says 4 pages there on my cursor?
A **Yes.**
Q And you would agree with me that Exhibit C as has two pages and Exhibit E has two pages, doesn't it -- or don't they?

A **Yes, it appears Exhibit C and Exhibit E, as in "Elephant," both have two pages.**
Q Okay. So that collectively equals 4, doesn't it?
A **Yes.**
Q All right. And do you see now -- let's go back to Exhibit F, as in "Frank." I'm going to go to the timestamp -- well, first off, do you see under Signer Event, I've got my cursor under -- or on "Peter Wayne Restad," and then there's his eSignature right here that I'm circling on -- with the cursor?
A **Yes, I see your cursor.**
Q Okay. And then under the timestamp column on Exhibit F, do you see where it says that it was viewed on November 4th at 6:33 p.m., and then it was signed on that same day at 6:35 p.m.?
A **Yes, I see your cursor where it says that.**
Q Okay. And this time when we move our cursor over to the left, do you see where it says "Peter Wayne Restad" on the signer events column of this Exhibit F?
A **Yes.**
Q Okay. Do you see that the email underneath there where he received this is rusty_frow@hotmail.com?
A **Yes, I see that.**



Q Do you know whether your dad has ever used rusty_frow@hotmail.com as his email address?
A **I plead the Fifth.**
Q Does your dad use any email communications?
A **I plead the Fifth.**
Q Does your -- has your dad ever used DocuSign in any manner?
A **I plead the Fifth.**
Q Have you ever used rusty_frow@hotmail.com as your email address?
A **I plead the Fifth.**
Q During what time period have you ever used rusty_frow@hotmail.com as your email address?
A **I plead the Fifth.**
Q Now, towards the bottom of the first page of Exhibit F here, do you see under Signer Events -- and Signer Events is up here, but we have to go to the way bottom of the first page of Exhibit F to get to your name.
And under the timestamp column, it says that Exhibit C and E were viewed on November 4, 2024, at 6:42 p.m.
Do you see that?
A **I see your cursor.**
Q All right. And it says that these documents were



signed on November 4, 2024, at 6:43 p.m.
Do you see that?
A **Yes, I see your cursor.**
Q All right. And you have no reason to doubt the authenticity of -- of these timestamps, do you?
A **I plead the Fifth.**
Q Toward the bottom underneath Signer Events of Exhibit F, do you see where I'm circling, "Casey Restad," that name?
A **Yes, I see your cursor.**
Q Okay. All right. And does it say here that Casey Restad received these documents at restadca@gmail.com?
A **I plead the Fifth.**
Q And that is the same email address that it says your father received the original two notes that he signed via DocuSign?
A **I plead the Fifth.**
Q And those two original notes that he signed via DocuSign at that email address of caseyca@gmail.com [sic], that's Exhibit B, as in "Boy," and Exhibit D, as in "Dog," that we spoke about today, correct?
A **I plead the Fifth.**
Q And, in fact, this restadca@gmail.com address,



that's the same address that Exhibits B-1 and D-1 say Peter Restad received exhibits B and D to sign via DocuSign, correct?
A **I plead the Fifth.**
Q Did you use rusty_frow@hotmail -- strike that.
Did you use the rusty_frow@hotmail.com email address to receive Exhibits C and E prior to signing both of those documents on your dad's behalf?
A **I plead the Fifth.**
Q Did you have access to rusty_frow@hotmail.com email address on November 4, 2024?
A **I plead the Fifth.**
Q Have you ever had access to the rusty_frow@hotmail.com email address?
A **I plead the Fifth.**
Q Did your dad have access to the rusty_frow@hotmail.com email address on November 4, 2024?
A **I plead the Fifth.**
Q Did your dad ever have access to the rusty_frow@hotmail.com email address?
A **I plead the Fifth.**
Q Let's go to the first page of Exhibit F, as in "Frank," and I'm gonna have to zoom in.

But do you see here where I've got my page 1 of Exhibit F where I'm circling -- or where it says "Peter Wayne Restad," the eSignature this DocuSign? Do you see where my cursor is?
A **Yes, I see your cursor.**
Q Okay. And do you see underneath there it says "Using IP address," that this signature was signed using IP address 70.40.43.148?
Do you see that IP address?
A **Yes, I see it.**
Q And is that IP address the same as your IP address under your signature, right here at the bottom of page F -- or sorry -- Exhibit F, page 1?
A **They appear to be the same.**
Q Is that a coincidence?
A **I plead the Fifth.**
MR. HALBUR: All right. Dave, let's take a quick 10-minute break here, maybe get back on the record right around 10:30.
(Whereupon, a break was taken.)
MR. HALBUR: All right. Well, let's go back on the record. It's 10:30 a.m.



BY MR. HALBUR:
Q Mr. Restad, now, your dad, Peter Restad, he eventually learned about the existence of his eSignatures on Exhibits B, C, D, and E that we spoke about earlier today, correct?
A **I plead the Fifth.**
Q Tell me about you and your father's discussions about his eSignatures on those documents.
A **I plead the Fifth.**
Q Are you aware that on February 9th, 2026, that Peter Restad testified under oath at his first meeting of creditors that the loans evidenced by Exhibits B, C, D, and E are not his loans?
A **I plead the Fifth.**
Q Do you know why your father testified that way at his first meeting of creditors?
A **I plead the Fifth.**
Q After your father learned about his eSignatures on Exhibit B, C, D, and E that we have discussed today, did you -- or, sorry. Strike that.
Did he ever tell you something to the effect that he would help you repay these loans?
A **I plead the Fifth.**
Q What exactly did your father, Peter Restad, tell you after he learned about the existence of his



eSignatures on Exhibit B, C, D, and E that we've spoken about today?
A **I plead the Fifth.**
Q Sitting here today, do you believe that your dad must repay FBN and Compeer for these loans to the extent that you cannot repay these loans by yourself?
A **I plead the Fifth.**
Q Why?
MR. McLAUGHLIN: The question is what? Why does he plead the Fifth? Because it could lead --
MR. HALBUR: Yes.
MR. McLAUGHLIN: It could lead to incrimination against himself.
BY MR. HALBUR:
Q Sitting here today, do you believe that you are obligated to repay FBN and Compeer for these loans?
A **I plead the Fifth.**
Q You can't tell me, yes or no, whether you should repay these loans?
A **I am choosing to plead the Fifth.**
Q Did you ever submit one or more financial statements to FBN or Compeer prior to executing



Exhibit B, C, D, or E.
A **I plead the Fifth.**
Q Have you ever submitted one or more financial statements to FBN or Compeer?
A **I plead the Fifth.**
Q Do you know whether your dad ever submitted one or more financial statements to FBN or Compeer prior to executing Exhibits B, C, D, or E?
A **I plead the Fifth.**
Q Do you know whether your dad ever submitted one or more financial statements to FBN or Compeer?
A **I plead the Fifth.**
Q You would agree with me that lenders are entitled to rely upon written financial statements submitted by a prospective borrower when determining whether or not to approve a loan, correct?
A **I plead the Fifth.**
Q All right. And we're gonna get outside here the discussion of these loans, how they started about. We're gonna talk about some collateral here, then your pending motions, and then your plans for farming here. So hopefully there's gonna be a little bit more testimony than other than the Fifth Amendment invocations.

What are the names of all persons and entities that purchased your 2024 grain crop?
(Court reporter requested clarification.)
THE WITNESS: I plead the Fifth.
BY MR. HALBUR:
Q When did you sell your 2024 grain crop?
A **I plead the Fifth.**
Q Did you sell that 2024 grain crop before or after November 4th, 2024?
A **I plead the Fifth.**
Q Where did you sell your 2024 grain crop?
A **I plead the Fifth.**
Q What are the names of all persons and entities that purchased your 2025 grain crop?
A **I plead the Fifth.**
Q Where did you sell your 2025 grain crop?
A **I plead the Fifth.**
Q Did you ever sell any of your 2025 grain crop outside of the state of Minnesota?
A **I plead the Fifth.**
Q Where outside of the state of Minnesota did you sell that crop?
A **I plead the Fifth.**
Q How much of your 2025 grain crop did you sell



outside of the state of Minnesota?
A **I plead the Fifth.**
Q Did you sell that crop outside of the state of Minnesota so that FBN's name would not be listed on the proceeds check as co-payee on those checks.
A **I plead the Fifth.**
Q All right. Now we're going to talk about your bankruptcy case on some ancillary matters.
Can you explain or maybe even spell it for the court reporter here the Januszewski property? How -- or can explain how do you pronounce that? Spell it.
A **Januszewski.**
MR. HALBUR: Do you need the spelling, Emily, for that?
THE COURT REPORTER: If he can provide it, I would appreciate it.
THE WITNESS: J-A-N-U-S-Z-E-W-S-K-I.
THE COURT REPORTER: Thank you.
BY MR. HALBUR:
Q You are buying the Januszewski property on a contract for deed, correct?
A **Correct.**



Q Okay. And I'm gonna to use some terms -- hopefully, I've got them right here -- the seller -- or let's just use this.
The seller on the contract for deed, has that seller delivered a notice of cancellation to you?
A **Not that I'm aware.**
Q Okay. So you never received a notice of cancellation of that contract for deed?
A **Not that I'm aware.**
Q Okay. Have you spoken to -- what's the name of the contract for deed seller?
A **William -- he goes by Bill -- Januszewski.**
Q How many acres is the Januszewski property?
A **Approximately 282.**
Q Okay. Did you speak with the contract for deed seller of the Januszewski property on a regular basis -- or on any basis? How about that?
A **Yes.**
Q When's the last time you spoke to him?
A **The day of our creditor hearing.**
Q Okay. The first meeting at creditors that you and I both attended via Zoom?
A **Yes.**
Q Okay. When is or when was the final payment due



on the Januszewski property?
A **I don't recall.**
MR. HALBUR: Mr. McLaughlin, do you know off the top of your head? Is -- is the final payment currently due? Is it overdue? Is -- will it come due?
MR. McLAUGHLIN: I don't -- I don't know off the top of my head, so that was -- what -- what -- the document's recorded, so you could look it up when it's due, so there's nothing changed from that.
BY MR. HALBUR:
Q Okay. Is there only -- how many payments remain on that contract for deed?
A **I don't recall. I think it's two, but it could possibly be three, but I don't have the -- the deed with the amortization schedule in front of me.**
Q Okay. Do you know approximately how much remains, whether it's two or three payments, whatever it is? How much do you have to pay to get title to this property?
A **I don't know the exact number, but just guessing off the top of my head, I think around 60,000, plus some interest.**

**But, again, I don't have the amortization schedule in front of me.**
Q Okay. 60,000 is the number I have in my head. I just want to make sure it's not 260,000.
It's at approximately 60,000, plus interest, correct?
A **Correct.**
Q Are you planning to pay off that contract for deed?
A **Yes.**
Q How?
A **Still planning. Still working on a plan or different avenues.**
Q Well, if you can flesh that out a little bit more.
I mean, do you have 60 grand sitting in a bank account that you could pay if you got a notice of cancellation today from the seller?
A **No.**
MR. McLAUGHLIN: Basically, remember that automatic stays in place. He's got equity, so he can't serve it.
MR. HALBUR: All right. Well, he could do a motion and a lift of stay.
MR. McLAUGHLIN: He could. But



he's got equity coming out of his ears, so . . .
THE WITNESS: I'm very confident -- I've known Bill since I was a little kid. He was ag teacher, and his kids were around my age. And I'm very, very confident he would never, ever do that.
BY MR. HALBUR:
Q But you would agree with me you don't wanna lose all that equity; you're going to have to -- somehow that last payment's gonna have to get made?
A **Agree. It is a debt.**
Q Yeah. Well, I agree it's a debt, but you fully intend to pay off that debt?
A **Correct.**
Q Yeah.
Now, I realize you're not a lawyer, so -- but is this -- does your ex-wife -- you know -- do you know, does your ex -- or does your current spouse have any interest in the Januszewski property?
A **I don't know. It is my belief she does not, but I don't know the -- the laws and the rules as it relates to legal and court.**
Q Yeah. Now, I don't want to hear any discussions



you've had with your -- just with your attorney. That's attorney-client privilege.
But have you heard from Amber's attorney or Amber directly, your wife, is she -- has she claimed an interest in this property?
A **In the Januszewski property? Not that I recall.**
Q Okay. Has her attorney or has she informed you that they intend to object to your motion for cash collateral?
A **I have not heard anything.**
Q What about the other motion you have to sell the land right around her home place?
Have you heard anything from your spouse or her attorney that they intend to object to that motion?
A **No.**
Q Okay. Do you intend to reaffirm your debt with FBN and Compeer?
MR. McLAUGHLIN: I believe so.
THE WITNESS: Yes, I believe so.
BY MR. HALBUR:
Q Okay. In the motion for cash collateral that you filed, I think, last week -- your attorney and I were speaking about it -- it lists total expenses as $294,226.90, and asks to use cash collateral



in the amount of $138,000 -- or sorry -- use cash collateral in the amount of $138,945.
Do you recall that motion?
A **Yes. That sounds accurate.**
Q Okay. And that $138,945, do you understand that is all cash collateral in which my client has -- has the security interest, correct?
A **Yes, sir.**
Q Okay. Nobody else has a security interest in that $138,000 and change?
A **Not that I'm aware.**
Q Okay. How do you intend to pay the difference between -- you know, you've got expenses of $244,226.90.
If my client consented to the 138,945, that's still a difference of $155,281.60. How do you intend to pay that difference?
A **I don't have the spreadsheet directly in front of me, but I don't think all those expenses are due immediately.**
Q So you're -- are you saying, basically, you're hoping you'll have enough crop in the fall to pay some of these expenses that are due in December that you can float that amount of time?
A **If -- for -- expenses for putting in the 2026**

**crop? Is that what you're referring to?**
Q Yeah, in your cash collateral motion. Yep.
A **Yes. Again, I don't have the spreadsheet in front of me, so it -- it's not all clicking.**
**But there are -- there would be -- I'd have to go through and run the numbers and see how the allocation is.**
Q Okay. Sitting here today, you can't quite recall?
A **Recall what?**
Q Well, I -- I'm just -- I'm trying to get -- I mean, you're gonna need a cash collateral motion. And you would want -- rather have my client's consent for that rather than fight us.
And I'm just trying to say, you know, there's a big hole, even we consent to it. And I'm not saying we would.
But here's 138,000. But you still have 155,000 to pay. Where are you gonna -- are you gonna get debtor-in-possession financing? Are those bills gonna all come due in December so that you think you'll have some crop sold by then? I mean, I'm trying to . . .
A **Well, the input for this spring would be your -- the rent, the seed, the fertilizer, and chemical.**



**Those would be the four.**
Q Right.
A **And I don't -- I don't recall what the exact numbers are between those four.**
**But if I remember correctly, there was enough there for everything except for the seed. And a lot of seed companies will do zero percent.**
**And if I remember, I think the line item for seed was around 33,000, but I could be wrong.**
Q Okay. All right. Well, we'll have, you know, further discussions off the record on that.
But basically what you're saying is you don't quite know, without seeing here, how you would make up that difference between projected and expenses and my client's cash collateral.
Is that a correct statement?
A **I've come up with different ideas of what the possibility could be. But with -- you know, depending on how the allocation is with fertilizer, rent, and seed, I just -- I know how competitive the ag retail industry is.**
**And all these ag retailers are -- are begging for business to move product. So I -- I know that side of it.**
**And, like I said, there are a lot of**



**seed companies that offer in-house zero percent.**
**So that -- that is -- that is a possible option. I'm not saying that's the route I would go, but it's just -- it's an option. And I'm trying to keep the options as open as possible.**
Q But as you know, you know, a seed -- so they're probably gonna wanna take a lien then. And we're talking about cash collateral.
If my client gets a replacement lien in the crop, are you going to have -- is my client going to be prime, then, against any seed input supplier?
MR. McLAUGHLIN: If -- if that -- if that's a concern, he can also go to the real estate and put liens on that.
So, like you said, there's a whole bunch of equity in Januszewski's. We offered that to your client. If your client doesn't want it, we'll give it to somebody else.
MR. HALBUR: Well, I wouldn't say that. What I would say, though, is -- is the ex-wife or divorcing ex-wife, she is going to claim an interest in -- in -- in the equity of --
MR. McLAUGHLIN: Within that.
MR. HALBUR: It's -- it's not



like that's a zillion-dollar giveaway to FBN or Compeer. I mean, that's -- there's risk there --
MR. McLAUGHLIN: I agree.
MR. HALBUR: -- and so --
MR. McLAUGHLIN: I -- that's why we're bringing the motion and why we're willing to give more.
BY MR. HALBUR:
Q Are you expecting FBN or Compeer to advance that last payment of the Januszewski property?
MR. McLAUGHLIN: We've not addressed that.
THE WITNESS: (Indicating.)
BY MR. HALBUR:
Q Well, that was your attorney's testimony. I want your testimony, Mr. Restad.
A **I'm not aware. It hasn't been discussed.**
Q Have you already purchased crop insurance for the 2026 calendar year?
A **No.**
Q Do you know when that's due?
A **Each -- I know each insurance agency has different dates, if I recall. But I -- I don't know what -- what that cutoff date is. And it depends on what you're purchasing too. Are you**

80

**purchasing, you know, hail coverage, revenue loss? You know, I think it depends on what kind of insurance you're purchasing.**
Q Have any of those deadlines passed?
A **Not that I'm aware of.**
Q Okay. The motion for cash collateral that you filed last week said that you projected income from the 2026 crops and government payments to be $326,818.60.
Do you recall that number?
A **Yeah. I believe that sounds -- sounds familiar based on the spreadsheet based on market conditions, you know, at that time.**
Q And I didn't see how it was calculated, though, that specific -- so can you tell me? How is that projected income calculated?
A **It was the acres times the approximate yield times the current November or December cash price for corn and soybeans to drive to a --**
Q Okay. So --
A **-- revenue number.**
Q And obviously when you say "November or December," that's November or December of 2026, correct?
A **Correct.**

81

Q So when you said "approximate number of acres," that's what I was just gonna ask you about is that -- the property subject to the contract for deed here, the Januszewski, are you planning to farm that this year?
A **I don't know because the potential buyer has said they want it, and it's -- it's been -- the -- it's been poor communication on their end.**
**But as far as that cash flow goes, the Januszewski piece was not on there, if I recall.**
Q That's the question I asked.
So this projected income of $326,818.60, that assumes you are not farming the Januszewski property, correct?
A **Correct.**
MR. HALBUR: Okay. Let's take a quick break. I wanna speak with my client. And by "quick," I mean five minutes 'cause we gotta be back on before 11 o'clock here, for a number of reasons.
So five minutes, everyone.
(Whereupon, a break was taken.)
MR. HALBUR: All right. Well, we're back on the record here.
Mr. Restad, I -- I've got nothing further here, and so we're concluded, then. You may read and sign if you wish, so . . .

82

MR. McLAUGHLIN: Yeah, he wants to read and sign and -- well, tell him about the -- about your acres that you're planting, so . . .
THE WITNESS: So the cash flow is --
MR. HALBUR: Wait. Let's stop. You want to keep it on the record, then? So . . .
MR. McLAUGHLIN: Yeah. And answer him.
MR. HALBUR: Yeah, so we're not done yet. So . . .
THE COURT REPORTER: Thank you.
THE WITNESS: Okay. Just for the record, the cash flow numbers that you stated, Rick, that excludes the Januszewski land as well as the 110 tillable acres of Hagerup land.
BY MR. HALBUR:
Q Is that one you're proposing to sell right around Amber's property?
A **Yeah. Our property.**

83

Q Yeah, yeah.
A **Yep.**
Q Right. Okay.
A **Yeah, so it -- it excludes those two pieces --**
Q Okay.
A **-- from a cash flow perspective.**
MR. McLAUGHLIN: That was all I wanted to add.
MR. HALBUR: Okay.
BY MR. HALBUR:
Q Has there been any discussions with Amber's attorney about -- about any of these motions?
MR. McLAUGHLIN: No. They were tried before, and it was flat turned down, so we've had no discussions. We're waiting for an objection, if it comes.
MR. HALBUR: Okay.
Chris, you got anything else you want to ask?
You're on mute.
MR. HAWKINS: No. I don't have anything further.
MR. HALBUR: Okay. All righty.
Thank you for your time, Mr. Restad.
Thank you, Dave.

MR. McLAUGHLIN: Yep.

(Whereupon, a logistical discussion was held off the record.)

(The proceedings adjourned at 11:00 a.m.)

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN )

Be it known that I reported the foregoing Rule 2004 Examination of CASEY PETER RESTAD;

That I was then and there a notary public in and for the County of Hennepin, State of Minnesota, and exercised the power of that office in reporting said Rule 2004 Examination;

That said witness, before testifying, was duly sworn to tell the truth, the whole truth, and nothing but the truth;

That I am not related to or employed by or contracting with any of the parties or attorneys to the action in which this 2004 Examination is taken and am not financially interested in the action;

That the cost of the original has been charged to the party who noticed the 2004 Examination and that all parties who ordered copies have been charged the same rate for such copies;

That the foregoing transcript is a true and correct transcript of my stenographic notes to the best of my ability.

WITNESS MY HAND AND SEAL this 19th day of March, 2026.

_______________________________________

Emily K. Branzovsky
Notary Public, Hennepin County
My Commission Expires: 1/31/2028

ERRATA SHEET

RE: CASEY PETER RESTAD, DEBTOR
REPORTER: Emily Branzovsky

| PAGE | LINE | CORRECTION | REASON |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

_______________ ___________________________________

DATE CASEY PETER RESTAD

**RETURN PROCEDURE - RETURN BY APRIL 20, 2026**

- **Return this original Errata sheet to Rick Halbur, Esq.**
- **Retain a copy for your records**
- **Email a copy to all counsel of record**
- **Email a copy to Court Reporter Emily Branzovsky, branzovskye@gmail.com**

**$138,000** [2] - 75:1, 75:10
**$138,945** [2] - 75:2, 75:5
**$155,281.60** [1] - 75:16
**$244,226.90** [1] - 75:14
**$294,226.90** [1] - 74:25
**$326,818.60** [2] - 80:9, 81:12
**'New** [1] - 56:6
**1** [25] - 10:3, 19:8, 20:3, 20:20, 21:12, 21:24, 33:21, 34:8, 34:15, 36:13, 38:7, 38:21, 39:19, 40:13, 51:6, 51:14, 52:16, 53:17, 53:18, 56:2, 56:3, 56:5, 56:14, 64:2, 64:15
**1/31/2028** [1] - 85:23
**10** [3] - 26:7, 37:25, 42:23
**10-000-gallon** [1] - 22:9
**10-inch** [1] - 15:7
**10-minute** [1] - 64:20
**1000-gallon** [1] - 22:10
**10:30** [2] - 64:21, 64:24
**10:32** [2] - 53:7, 53:11
**10:33** [1] - 53:14
**11** [1] - 81:19
**110** [1] - 82:20
**113** [2] - 28:4, 45:4
**11:00** [1] - 84:4
**12** [3] - 1:3, 22:7, 24:24
**125-ton** [1] - 21:3
**129** [1] - 2:17
**13** [2] - 1:12, 2:2
**138,000** [1] - 76:18
**138,945** [1] - 75:15
**15** [2] - 35:25, 36:1
**1535TD** [1] - 20:5
**155,000** [1] - 76:19
**1596** [1] - 20:6
**17** [1] - 43:23
**17th** [4] - 53:6, 53:11, 53:13, 54:16
**19** [32] - 27:12, 27:23, 28:1, 28:7, 28:12, 28:15, 28:17, 29:8, 29:13, 30:2, 30:7, 30:9, 30:14, 30:15, 31:1, 31:24, 44:15, 44:21, 44:24, 45:2, 45:21, 45:25, 46:3, 46:10, 46:15, 46:23, 47:3, 47:10, 47:12, 47:16, 49:4, 49:6
**1971** [1] - 1:24
**1979** [1] - 23:2
**1993** [1] - 23:16
**1997** [1] - 23:2
**19th** [1] - 85:18
**2** [22] - 10:3, 21:12, 21:23, 22:20, 38:21, 41:11, 41:17, 41:20, 41:23, 42:2, 42:8, 42:11, 42:14, 55:9, 57:3, 57:8, 57:13, 57:15, 57:19, 57:25, 58:5, 58:8
**20** [2] - 31:6, 86:21
**2000-gallon** [1] - 22:9
**2004** [16] - 1:11, 2:1, 4:8, 4:11, 7:20, 8:2, 8:5, 8:19, 9:12, 45:16, 46:7, 46:20, 85:4, 85:7, 85:11, 85:13
**2011** [2] - 13:11, 14:5
**2015** [2] - 18:12, 19:9
**2016** [1] - 6:20
**2017** [2] - 19:9, 19:15
**2019** [2] - 15:3, 23:1
**2022** [1] - 18:16
**2023** [8] - 19:17, 26:7, 37:25, 43:24, 53:6, 53:11, 53:13, 54:16
**2024** [16] - 10:19, 11:3, 11:12, 23:1, 23:8, 39:21, 54:15, 61:22, 62:1, 63:12, 63:19, 68:2, 68:7, 68:9, 68:10, 68:12
**2025** [4] - 68:15, 68:17, 68:19, 68:25
**2026** [9] - 1:12, 2:2, 65:10, 75:25, 79:19, 80:8, 80:23, 85:18, 86:21
**218** [4] - 28:15, 28:21, 28:24, 46:2
**23361** [1] - 6:12
**25-60780-WJF** [1] - 1:3
**2500** [1] - 23:3
**260,000** [1] - 72:4
**27** [1] - 11:12
**2700** [2] - 2:11, 19:16
**27th** [1] - 10:19
**28** [33] - 30:18, 30:23, 31:5, 31:7, 31:14, 31:16, 31:20, 31:24, 34:15, 34:19, 35:5, 35:11, 35:12, 35:13, 35:21, 36:1, 36:6, 36:20, 37:10, 47:25, 48:4, 48:10, 48:13, 48:18, 48:21, 48:23, 49:4, 49:7, 51:6, 51:14, 52:4, 52:8, 52:9
**282** [1] - 70:15
**29** [21] - 32:10, 32:14, 32:18, 32:23, 32:25, 33:5, 33:8, 35:16, 36:1, 36:7, 37:2, 49:9, 49:17, 49:20, 49:23, 50:3, 50:5, 50:8, 50:12, 50:16, 51:16
**29th** [4] - 32:2, 34:19, 35:18, 35:20
**2:21** [2] - 38:1
**2nd** [1] - 2:17
**3000-gallon** [1] - 21:1
**320.839.2549** [1] - 2:18
**33,000** [1] - 77:9
**333G** [1] - 15:3
**35** [1] - 14:13
**4** [8] - 3:4, 39:21, 59:21, 60:3, 61:21, 62:1, 63:12, 63:19
**43-inch** [1] - 18:17
**4320** [1] - 14:12
**44334** [2] - 28:3, 45:3
**44SD60G** [1] - 15:10
**458** [1] - 2:12
**4640** [4] - 16:5, 16:7, 17:18, 17:19
**4th** [3] - 54:14, 60:15, 68:10
**5** [3] - 19:8, 21:1, 34:8
**50** [1] - 14:14
**507-354-3111** [1] - 2:13
**556001** [1] - 1:25
**56073-0458** [1] - 2:12
**56278** [1] - 2:17
**56572** [3] - 6:13, 28:4, 45:5
**6** [1] - 10:24
[redacted]**/84** [1] - 6:8
**60** [2] - 16:6, 72:16
**60,000** [3] - 71:24, 72:3, 72:5
**6000** [8] - 16:4, 16:5, 16:8, 17:2, 17:18, 17:19, 17:20
**60G** [1] - 14:13
**618C** [1] - 18:15
**64** [1] - 18:13
**640FD** [2] - 18:13, 18:14
**6460** [1] - 17:4
**6:33** [1] - 60:15
**6:35** [1] - 60:16
**6:42** [1] - 61:22
**6:43** [1] - 62:1
**70.40.43.148** [1] - 64:9
**7000** [4] - 16:4, 16:7, 17:18, 17:19
**770-6622** [4] - 28:15, 28:22, 28:24, 46:2
**84-inch** [1] - 15:8
**85** [1] - 3:14
**9560RT** [1] - 13:11
**9:01** [1] - 2:3
**9th** [1] - 65:10
**a.m** [6] - 2:3, 53:7, 53:11, 53:14, 64:24, 84:4
**ability** [2] - 5:22, 85:16
**access** [4] - 63:11, 63:14, 63:17, 63:21
**account** [1] - 72:17
**accountancy** [1] - 7:15
**accountant** [2] - 7:12, 7:17
**accurate** [1] - 75:4
**acres** [5] - 70:14, 80:17, 81:1, 82:5, 82:20
**action** [2] - 85:11, 85:12
**add** [6] - 41:4, 41:7, 56:18, 56:21, 56:24, 83:8
**added** [5] - 40:14, 40:15, 56:3, 56:15, 56:16
**additional** [6] - 40:14, 40:23, 41:8, 56:10, 56:16, 56:25
**address** [37] - 6:11, 6:19, 27:25, 28:9, 28:11, 29:15, 29:18, 29:21, 29:24, 45:1, 45:3, 45:11, 45:12, 45:14, 45:15, 45:23, 46:15, 46:18, 46:19, 46:25, 61:2, 61:10, 61:13, 62:15, 62:20, 62:25, 63:1, 63:7, 63:12, 63:15, 63:18, 63:22, 64:8, 64:9, 64:10, 64:12, 64:13
**addressed** [1] - 79:12
**adjourned** [1] - 84:4
**advance** [1] - 79:9
**ag** [4] - 7:9, 73:4, 77:21, 77:22
**age** [1] - 73:5
**agency** [1] - 79:22
**ago** [2] - 10:24, 54:18
**agree** [13] - 8:14, 37:8, 41:4, 41:7, 56:18, 56:21, 56:24, 59:23, 67:13, 73:8, 73:12, 73:13, 79:3
**agreement** [10] - 26:14, 39:18, 40:1, 40:4, 43:21, 51:12, 51:13, 54:13, 55:16, 55:19
**aim** [1] - 13:10
**air** [1] - 22:5
**allocation** [2] - 76:7, 77:19
**Amber** [1] - 74:4
**Amber's** [3] - 74:3, 82:24, 83:11
**Amendment** [2] - 9:6, 67:25
**amortization** [2] - 71:17, 72:2
**amount** [4] - 5:12, 75:1, 75:2, 75:24
**ancillary** [1] - 69:9
**AND** [1] - 85:18
**Anderson** [1] - 2:16
**answer** [11] - 4:20, 4:22, 5:4, 5:5, 9:13, 11:18, 12:2, 16:20, 27:9, 37:12, 82:13
**ANSWER..................** [1] - 3:12
**answers** [1] - 5:1
**appear** [3] - 52:18, 52:24, 64:16
**apple** [1] - 9:23
**Applicator** [1] - 20:25
**appraisal** [8] - 10:19, 11:2, 11:9, 11:12, 11:16, 11:25, 12:7, 12:10
**appreciate** [1] - 69:18
**approach** [2] - 40:7, 55:21
**approve** [1] - 67:16
**approximate** [2] - 80:17, 81:1
**April** [2] - 26:7, 37:25
**APRIL** [1] - 86:21
**assume** [1] - 5:5
**assumes** [1] - 81:13
**Atlas** [1] - 22:5
**attach** [1] - 15:7
**Attach** [3] - 15:8, 15:9
**attempt** [1] - 5:8
**attended** [1] - 70:23
**attention** [4] - 16:23, 17:11, 35:2, 51:21
**attorney** [17] - 4:6, 5:12, 8:2, 8:15, 8:19, 8:22, 47:19, 47:20, 47:22, 47:23, 74:1, 74:2, 74:3, 74:7, 74:14, 74:23, 83:12
**attorney's** [1] - 79:15
**attorney-client** [1] - 74:2

**attorney-in-fact** [2] - 47:20, 47:23
**attorneys** [1] - 85:10
**Auger** [1] - 15:9
**authenticity** [7] - 26:23, 39:7, 39:12, 43:17, 54:25, 55:13, 62:5
**automatic** [1] - 72:21
**avenues** [1] - 72:13
**aware** [6] - 65:10, 70:7, 70:10, 75:11, 79:17, 80:5
**AWS-42** [1] - 18:16
**B-1** [24] - 33:14, 33:20, 33:23, 33:24, 33:25, 34:2, 34:7, 34:8, 34:13, 34:18, 35:1, 35:8, 35:19, 36:12, 36:13, 37:9, 37:16, 37:21, 38:4, 38:7, 38:13, 39:12, 63:1
**bachelor's** [1] - 7:15
**background** [4] - 7:14, 9:9, 10:13, 51:20
**bank** [1] - 72:17
**bankruptcy** [6] - 4:11, 8:22, 8:24, 10:20, 54:9, 69:9
**BANKRUPTCY** [1] - 1:1
**Bareback** [1] - 13:12
**based** [2] - 80:12
**basis** [2] - 70:18
**Bean** [2] - 18:13, 18:14
**bears** [2] - 26:17, 51:17
**became** [2] - 25:2, 26:15
**become** [1] - 24:17
**bed** [1] - 23:8
**begging** [1] - 77:23
**begins** [1] - 18:11
**behalf** [10] - 30:9, 31:16, 32:25, 42:14, 47:12, 48:23, 50:5, 50:9, 58:8, 63:9
**Behnke** [1] - 23:8
**belief** [1] - 73:22
**below** [1] - 35:3
**beneath** [1] - 56:9
**best** [1] - 85:16
**better** [2] - 12:25, 13:3
**between** [5] - 26:9, 54:16, 75:13, 77:4, 77:14
**big** [1] - 76:16
**Bill** [2] - 70:13, 73:3
**bills** [1] - 76:21
**birth** [1] - 6:7
**bit** [9] - 5:8, 9:25, 10:12, 13:2, 22:19, 33:13, 35:3, 67:24, 72:14
**BKY** [1] - 1:3
**Bobcat** [1] - 15:6
**borrowed** [1] - 24:11
**borrower** [11] - 24:15, 24:19, 27:19, 40:14, 41:5, 41:13, 56:15, 56:19, 56:21, 57:6, 67:15
**Borrower')** [1] - 56:6
**borrower-lender** [2] - 24:15, 24:19
**Borrowers** [3] - 40:20, 40:22, 56:4
**bottom** [7] - 10:4, 20:20, 34:7, 61:15, 61:18, 62:7, 64:14
**Box** [2] - 1:24, 2:12
**boy** [7] - 25:12, 29:8, 30:19, 32:3, 35:14, 38:12, 62:22
**Boy** [5] - 25:20, 26:4, 27:13, 33:12, 35:1
**Brandt** [2] - 15:10, 20:5
**branzovsky** [1] - 1:23
**Branzovsky** [4] - 2:3, 85:22, 86:2, 86:23
**branzovskye@gmail.com** [1] - 86:24
**break** [10] - 5:13, 5:15, 5:16, 5:18, 42:24, 58:18, 64:20, 64:22, 81:17, 81:22
**breaks** [1] - 5:12
**Brent** [1] - 20:6
**bring** [1] - 35:2
**bringing** [1] - 79:6
**Broadway** [1] - 2:11
**Brutlag** [1] - 2:16
**bucket** [1] - 15:7
**Bucket** [1] - 15:10
**bumper** [1] - 23:9
**bunch** [1] - 78:16
**Bush** [4] - 21:13, 21:16, 21:18, 21:20
**business** [2] - 7:10, 77:23
**buyer** [1] - 81:6
**buying** [1] - 69:23
**BY** [39] - 1:23, 3:4, 3:8, 4:4, 6:17, 7:25, 8:13, 9:15, 10:1, 11:24, 12:4, 13:5, 16:12, 17:15, 23:14, 25:23, 26:19, 27:11, 31:10, 34:12, 36:9, 37:15, 41:3, 43:9, 45:8, 51:2, 58:25, 65:1, 66:16, 68:6, 69:22, 71:12, 73:7, 74:21, 79:8, 79:14, 82:22, 83:10, 86:21
**C-1** [3] - 34:2, 59:11
**Cab** [1] - 14:13
**calculated** [2] - 80:14, 80:16
**calendar** [1] - 79:19
**Calvert** [2] - 2:21, 23:12
**cancellation** [3] - 70:5, 70:9, 72:18
**cannot** [1] - 66:6
**Cart** [1] - 20:6
**case** [4] - 8:22, 8:24, 54:9, 69:9
**CASEY** [7] - 1:6, 1:11, 2:1, 4:1, 85:4, 86:2, 86:20
**Casey** [13] - 2:15, 6:6, 26:14, 26:21, 38:23, 40:21, 41:20, 55:6, 55:9, 56:6, 57:12, 62:9, 62:12
**caseyca@gmail.com** [1] - 62:21
**cash** [15] - 74:9, 74:22, 74:25, 75:1, 75:6, 76:2, 76:12, 77:15, 78:8, 80:6, 80:18, 81:9, 82:7, 82:18, 83:6
**cat** [3] - 38:15, 58:22, 59:2
**center** [1] - 34:7
**certificate** [8] - 34:14, 35:11, 35:19, 51:5, 51:11, 52:8, 59:6, 59:14
**CERTIFICATE.....................** [1] - 3:14
**certified** [1] - 7:11
**chance** [1] - 38:16
**change** [1] - 75:10
**changed** [1] - 71:11
**CHAPTER** [1] - 1:3
**Chapter** [1] - 24:24
**charged** [3] - 9:16, 85:13, 85:14
**Chartered** [1] - 2:16
**chattel** [5] - 10:19, 11:2, 11:9, 11:12, 12:6
**check** [1] - 69:5
**checks** [1] - 69:6
**chemical** [1] - 76:25
**chests** [3] - 22:7, 22:8
**Chevy** [1] - 23:2
**choosing** [1] - 66:23
**Chris** [4] - 2:20, 25:2, 25:5, 83:18
**circling** [17] - 19:12, 21:25, 22:22, 27:20, 35:7, 37:21, 41:12, 41:19, 44:19, 48:6, 49:12, 51:24, 56:5, 57:4, 60:10, 62:8, 64:2
**circumstances** [3] - 24:14, 40:3, 55:18
**claim** [6] - 26:4, 44:5, 44:7, 51:10, 54:9, 78:23
**claimed** [1] - 74:5
**clarification** [2] - 6:16, 68:4
**clarify** [1] - 5:8
**Classic** [1] - 18:17
**clear** [3] - 35:22, 36:13, 37:1
**clicking** [1] - 76:4
**client** [8] - 74:2, 75:6, 75:15, 78:9, 78:10, 78:18, 81:17
**client's** [2] - 76:13, 77:15
**co** [1] - 69:5
**co-payee** [1] - 69:5
**coincidence** [1] - 64:17
**collateral** [19] - 10:18, 12:1, 40:15, 40:23, 41:9, 56:10, 56:16, 57:1, 67:21, 74:9, 74:22, 74:25, 75:2, 75:6, 76:2, 76:12, 77:15, 78:8, 80:6
**collateralize** [2] - 40:16, 56:17
**Collateralizing** [1] - 40:21
**collectively** [1] - 60:3
**column** [7] - 16:14, 18:5, 37:20, 53:1, 60:13, 60:20, 61:20
**Combine** [2] - 18:12, 18:13
**COMBINE** [2] - 18:10, 19:4
**coming** [1] - 73:1
**Commander** [1] - 20:25
**commencing** [1] - 2:2
**Commission** [1] - 85:23
**communication** [1] - 81:8
**communications** [1] - 61:4
**companies** [2] - 77:7, 78:1
**compare** [4] - 36:18, 52:16, 52:20, 58:17
**compares** [2] - 10:17, 10:20
**Compeer** [34] - 2:10, 4:7, 4:9, 10:9, 11:2, 11:8, 12:5, 12:9, 12:11, 13:22, 14:21, 15:19, 18:2, 19:1, 20:1, 20:12, 21:10, 21:21, 22:17, 24:3, 25:7, 40:7, 40:10, 55:21, 55:24, 66:5, 66:18, 66:25, 67:4, 67:7, 67:11, 74:18, 79:2, 79:9
**Compeer's** [4] - 10:18, 11:11, 11:25, 26:4
**competitive** [1] - 77:21
**completely** [1] - 16:22
**completing** [2] - 11:2, 11:8
**completion** [7] - 34:14, 35:12, 35:19, 51:5, 51:11, 59:6, 59:14
**compressor** [1] - 22:5
**computer** [1] - 33:14
**concern** [1] - 78:14
**concluded** [1] - 82:1
**conditions** [1] - 80:13
**confident** [2] - 73:3, 73:5
**consent** [6] - 35:18, 44:3, 49:20, 51:17, 76:14, 76:16
**consented** [1] - 75:15
**consider** [1] - 6:25
**contract** [8] - 69:24, 70:4, 70:9, 70:12, 70:16, 71:14, 72:8, 81:3
**contracting** [1] - 85:10
**conveyor** [1] - 20:5
**cooler** [1] - 22:6
**copies** [2] - 85:14, 85:14
**copy** [12] - 10:14, 11:11, 25:21, 26:3, 32:5, 33:16, 44:17, 54:8, 86:22, 86:23, 86:23
**corn** [1] - 80:19
**Corn** [1] - 18:15
**corner** [5] - 37:4, 51:22, 53:17, 59:10, 59:13
**correct** [24] - 4:12, 7:18, 11:4, 26:16, 37:11, 45:17, 46:8, 46:21, 62:23, 63:3, 65:5, 67:17, 69:24,

69:25, 72:6, 72:7, 73:15, 75:7, 77:16, 80:24, 80:25, 81:14, 81:15, 85:16
**CORRECTION** [1] - 86:3
**correctly** [1] - 77:5
**cost** [1] - 85:13
**counsel** [1] - 86:23
**COUNTY** [1] - 85:2
**County** [5] - 2:4, 28:3, 45:4, 85:6, 85:23
**couple** [1] - 5:10
**COURT** [6] - 1:1, 16:10, 16:21, 69:17, 69:21, 82:16
**court** [7] - 4:17, 4:18, 4:24, 5:2, 38:19, 69:11, 73:24
**Court** [3] - 6:15, 68:3, 86:23
**coverage** [1] - 80:1
**CPA** [1] - 7:17
**credit** [3] - 43:22, 51:12, 51:14
**creditor** [1] - 70:21
**creditors** [6] - 10:23, 11:17, 11:22, 65:12, 65:16, 70:22
**crime** [1] - 9:16
**crop** [15] - 68:2, 68:7, 68:9, 68:12, 68:15, 68:17, 68:19, 68:23, 68:25, 69:3, 75:22, 76:1, 76:22, 78:10, 79:18
**crops** [1] - 80:8
**Cross** [1] - 40:21
**current** [3] - 6:11, 73:20, 80:18
**cursor** [44] - 12:19, 13:10, 13:12, 16:2, 16:25, 19:11, 21:24, 22:21, 27:18, 27:23, 28:2, 28:13, 29:9, 34:23, 35:8, 35:9, 36:11, 36:14, 37:19, 37:20, 44:22, 48:8, 49:15, 51:24, 52:1, 53:5, 53:8, 55:7, 56:8, 56:11, 57:7, 57:12, 57:14, 59:21, 60:8, 60:11, 60:12, 60:17, 60:18, 61:24, 62:3, 62:10, 64:5, 64:6
**customer** [1] - 24:17
**cutoff** [1] - 79:24
**CV** [1] - 22:7
**D-1** [13] - 50:20, 50:21, 51:4, 51:11, 51:21, 51:23, 52:7, 52:15, 52:20, 52:25, 53:12, 53:18, 63:1
**DA** [1] - 22:4
**dad** [42] - 13:24, 14:1, 14:23, 14:25, 15:21, 15:24, 18:4, 18:8, 19:3, 20:14, 20:17, 24:5, 24:7, 28:21, 29:17, 30:10, 30:11, 31:17, 31:18, 31:23, 40:10, 42:10, 42:15, 42:16, 47:13, 47:14, 48:24, 48:25, 49:3, 55:25, 58:4, 58:9, 58:10, 61:1, 61:4, 61:6, 63:17, 63:21, 65:2, 66:4, 67:6, 67:10
**dad's** [21] - 27:7, 30:15, 30:23, 31:1, 31:20, 41:16, 42:7, 42:18, 44:23, 45:2, 45:12, 45:15, 46:6, 46:19, 47:16, 48:9, 49:6, 57:8, 57:24, 58:12, 63:8
**darker** [1] - 10:12
**date** [2] - 6:7, 79:24
**DATE** [1] - 86:20
**dated** [3] - 39:21, 54:14, 54:16
**dates** [1] - 79:23
**Dave** [3] - 9:22, 64:19, 83:25
**David** [1] - 2:15
**deadlines** [1] - 80:4
**deals** [2] - 35:12, 51:12
**Deborah** [3] - 32:9, 32:12, 49:13
**debt** [6] - 40:16, 56:17, 73:12, 73:13, 73:14, 74:17
**DEBTOR** [2] - 1:7, 86:2
**debtor** [1] - 76:20
**Debtor** [2] - 2:1, 2:15
**debtor-in-possession** [1] - 76:20
**December** [5] - 75:23, 76:21, 80:18, 80:23
**deed** [9] - 69:24, 70:4, 70:9, 70:12, 70:16, 71:14, 71:17, 72:9, 81:4
**Deere** [4] - 16:4, 17:2, 19:15, 20:24
**delivered** [2] - 3:17, 70:5
**deposition** [1] - 9:11
**description** [1] - 12:18
**DESCRIPTION** [1] - 3:20
**determining** [1] - 67:16
**Diamond** [1] - 15:9
**difference** [4] - 75:12, 75:16, 75:17, 77:14
**different** [6] - 4:18, 37:3, 51:18, 72:13, 77:17, 79:23
**difficult** [1] - 4:24
**directly** [3] - 13:1, 74:4, 75:18
**discovering** [1] - 12:9
**discuss** [1] - 8:2
**discussed** [11] - 15:22, 17:23, 18:5, 19:4, 20:15, 35:13, 45:16, 46:7, 46:20, 65:19, 79:17
**discussion** [5] - 16:18, 17:14, 43:3, 67:20, 84:2
**discussions** [5] - 65:7, 73:25, 77:11, 83:11, 83:15
**Display** [3] - 16:5, 17:19
**display** [2] - 16:7, 17:4
**dispose** [7] - 17:25, 18:24, 19:24, 21:8, 21:18, 22:15, 24:1
**disposition** [2] - 20:12, 21:20
**dispositions** [6] - 15:19, 18:2, 20:1, 21:10, 22:17, 24:3
**dispute** [1] - 52:11
**DISTRICT** [1] - 1:1
**divorce** [1] - 6:10
**divorcing** [1] - 78:22
**dmclaughlin@fluegellaw.com** [1] - 2:18
**document** [25] - 10:9, 10:17, 13:9, 25:25, 26:2, 26:9, 26:17, 36:2, 36:7, 36:8, 38:9, 38:22, 39:5, 43:13, 43:18, 51:18, 52:2, 52:4, 52:14, 52:16, 52:19, 53:20, 54:10, 59:14, 59:20
**Document** [1] - 35:5
**document's** [2] - 34:5, 71:9
**documents** [11] - 8:4, 8:9, 24:10, 26:6, 35:24, 58:23, 61:25, 62:12, 63:8, 65:8
**DocuSign** [50] - 27:20, 28:8, 28:18, 29:14, 30:7, 30:10, 31:14, 31:17, 31:25, 32:14, 32:23, 33:1, 33:9, 34:14, 34:20, 36:6, 37:3, 41:16, 42:7, 42:12, 42:15, 44:23, 45:22, 46:11, 46:24, 47:10, 47:13, 48:6, 48:9, 48:18, 48:24, 49:4, 49:13, 49:16, 50:6, 50:9, 50:17, 51:5, 51:19, 57:8, 57:15, 57:24, 58:6, 58:9, 59:6, 61:6, 62:17, 62:20, 63:3, 64:4
**dog** [6] - 42:21, 43:7, 44:9, 52:10, 54:17, 62:22
**dollar** [1] - 79:1
**done** [3] - 33:11, 34:18, 82:15
**Doo** [1] - 23:18
**doubt** [7] - 26:23, 39:7, 39:11, 43:17, 54:25, 55:12, 62:4
**down** [9] - 4:19, 4:24, 5:3, 14:9, 15:2, 15:5, 22:19, 33:25, 83:14
**Drive** [1] - 6:12
**drive** [1] - 80:19
**due** [8] - 70:25, 71:5, 71:6, 71:10, 75:19, 75:23, 76:21, 79:21
**duly** [2] - 4:2, 85:8
**during** [6] - 17:11, 29:2, 29:4, 29:23, 61:12
**ears** [1] - 73:1
**easier** [2] - 9:25, 10:13
**educational** [1] - 7:14
**effect** [1] - 65:22
**electronic** [1] - 44:20
**elephant** [6] - 54:3, 54:5, 58:22, 58:23, 59:2, 60:2
**EMAIL** [2] - 2:13, 2:18
**Email** [2] - 86:23, 86:23
**email** [21] - 29:9, 29:14, 29:18, 29:21, 29:24, 46:15, 46:18, 46:19, 46:24, 60:23, 61:2, 61:4, 61:10, 61:13, 62:15, 62:20, 63:7, 63:12, 63:15, 63:18, 63:22
**emailed** [1] - 8:10
**Emily** [8] - 1:23, 2:3, 16:20, 43:2, 69:16, 85:22, 86:2, 86:23
**employed** [2] - 6:21, 85:10
**end** [2] - 17:7, 81:8
**engaged** [1] - 6:25
**enter** [1] - 24:19
**entered** [3] - 26:12, 40:1, 55:16
**enters** [1] - 23:12
**entities** [2] - 68:2, 68:14
**entitled** [1] - 67:13
**envelope** [13] - 34:20, 36:15, 36:18, 36:21, 37:3, 37:9, 37:10, 51:19, 51:23, 52:19, 52:20, 52:21, 59:9
**equals** [1] - 60:3
**Equipment** [5] - 12:16, 19:21, 22:21, 23:22, 23:23
**EQUIPMENT** [11] - 16:3, 16:14, 17:1, 17:16, 18:5, 19:7, 19:15, 19:21, 20:4, 20:21, 21:13
**equipment** [4] - 10:17, 11:3, 15:15, 18:22
**equity** [5] - 72:22, 73:1, 73:9, 78:17, 78:23
**ERRATA** [1] - 86:1
**Errata** [1] - 86:22
**eSignature** [6] - 28:1, 30:23, 31:1, 44:20, 60:10, 64:4
**eSignatures** [5] - 55:5, 65:4, 65:8, 65:18, 66:1
**Esq** [4] - 2:20, 2:21, 3:17, 86:22
**Esquire** [2] - 2:10, 2:15
**estate** [1] - 78:15
**Event** [1] - 60:8
**Events** [9] - 37:18, 38:7, 53:1, 53:16, 53:19, 53:23, 61:16, 61:17, 62:7
**events** [1] - 60:20
**eventually** [1] - 65:3
**evidenced** [3] - 27:1, 44:10, 65:12
**ex** [4] - 73:18, 73:19, 78:22
**ex-wife** [3] - 73:18, 78:22
**exact** [2] - 71:23, 77:3
**exactly** [1] - 65:24
**exam** [7] - 4:8, 4:11, 8:2, 9:12, 45:16, 46:8, 46:20
**examination** [3] - 7:21, 8:5, 8:19

**EXAMINATION** [4] - 1:11, 3:3, 3:5, 4:3
**Examination** [5] - 2:1, 85:4, 85:7, 85:11, 85:13
**examinee** [1] - 25:19
**example** [1] - 59:8
**Excavator** [1] - 14:13
**except** [1] - 77:6
**excludes** [2] - 82:19, 83:4
**excuse** [2] - 23:22, 26:8
**executing** [2] - 66:25, 67:8
**execution** [17] - 30:2, 30:6, 31:5, 31:13, 32:18, 32:22, 42:2, 42:6, 47:3, 47:9, 48:13, 48:17, 48:20, 49:23, 50:2, 57:19, 57:23
**exercised** [1] - 85:6
**exhibit** [67] - 9:21, 10:8, 12:20, 19:5, 22:1, 26:20, 26:24, 27:2, 28:7, 28:15, 28:17, 29:13, 30:2, 30:7, 30:9, 30:16, 30:18, 30:24, 31:2, 31:5, 31:14, 31:16, 31:21, 31:24, 32:15, 32:18, 32:23, 32:25, 33:5, 33:8, 34:17, 38:25, 39:2, 39:8, 41:8, 41:17, 41:24, 42:2, 42:8, 42:11, 43:15, 44:2, 44:24, 45:2, 46:3, 46:10, 47:10, 47:12, 47:17, 48:10, 48:21, 48:23, 49:4, 49:17, 49:20, 49:23, 50:5, 50:8, 50:16, 55:1, 56:25, 57:9, 57:16, 57:19, 57:25, 58:5, 58:8
**EXHIBIT** [1] - 3:20
**Exhibit** [165] - 9:23, 10:3, 10:20, 12:13, 13:10, 15:2, 16:2, 16:14, 17:1, 17:17, 17:23, 18:6, 18:10, 19:8, 20:3, 20:20, 21:12, 21:24, 22:20, 25:12, 25:20, 26:3, 26:9, 26:14, 26:17, 27:12, 28:12, 29:8, 30:18, 32:3, 32:10, 33:11, 33:14, 33:22, 33:25, 34:1, 34:13, 34:16, 34:17, 34:18, 34:20, 34:25, 35:1, 35:8, 35:13, 35:16, 35:20, 35:25, 36:7, 36:13, 36:20, 37:2, 37:9, 37:11, 37:16, 37:21, 37:25, 38:4, 38:6, 38:12, 38:13, 38:14, 38:20, 39:15, 39:20, 40:13, 41:11, 41:20, 41:21, 41:23, 42:14, 42:19, 42:21, 43:7, 43:10, 43:25, 44:3, 44:4, 44:8, 44:10, 44:15, 44:21, 45:12, 45:15, 45:21, 45:25, 46:6, 46:15, 46:19, 46:23, 47:3, 47:25, 48:4, 48:13, 48:18, 49:7, 49:9, 50:3, 50:13, 50:19, 50:21, 51:3, 51:6, 51:8, 51:10, 51:11, 51:15, 51:16, 51:21, 51:23, 52:9, 52:15, 52:17, 52:20, 52:21, 52:25, 53:10, 53:12, 53:18, 54:2, 54:4, 54:8, 54:14, 54:17, 54:19, 54:23, 55:4, 55:13, 56:2, 56:5, 56:12, 56:15, 57:3, 57:13, 58:13, 58:15, 58:16, 59:1, 59:2, 59:5, 59:10, 59:13, 59:15, 59:19, 59:23, 59:24, 60:1, 60:6, 60:14, 60:21, 61:16, 61:18, 61:21, 62:8, 62:21, 62:22, 63:24, 64:2, 64:14, 65:19, 66:1, 67:1
**Exhibits** [9] - 39:12, 44:5, 44:6, 59:7, 63:1, 63:7, 65:4, 65:13, 67:8
**exhibits** [2] - 8:10, 63:2
**existence** [2] - 65:3, 65:25
**expecting** [1] - 79:9
**Expedition** [1] - 23:1
**expenses** [6] - 74:24, 75:13, 75:19, 75:23, 75:25, 77:15
**Expires** [1] - 85:23
**explain** [2] - 69:10, 69:12
**extent** [1] - 66:6
**F-150** [1] - 23:2
**F-350** [1] - 23:1
**faces** [1] - 12:25
**fact** [4] - 12:7, 47:20, 47:23, 62:25
**fail** [9] - 15:17, 18:1, 18:25, 19:25, 20:11, 21:9, 21:19, 22:16, 24:2
**fall** [1] - 75:22
**familiar** [5] - 27:1, 39:2, 44:9, 54:19, 80:11
**familiarity** [2] - 39:4, 54:22
**far** [1] - 81:9
**farm** [4] - 6:24, 7:4, 12:16, 81:5
**farmed** [1] - 7:9
**farming** [3] - 7:1, 67:23, 81:13
**father** [5] - 47:20, 62:16, 65:15, 65:18, 65:24
**father's** [1] - 65:7
**FBN** [40] - 2:10, 4:7, 4:9, 13:22, 14:21, 15:19, 18:2, 19:1, 20:1, 20:12, 21:10, 21:20, 22:17, 24:3, 24:12, 24:15, 24:17, 24:20, 24:22, 24:25, 25:7, 26:4, 26:7, 26:10, 27:5, 40:7, 40:16, 43:25, 44:13, 55:21, 56:17, 66:5, 66:18, 66:25, 67:4, 67:7, 67:11, 74:18, 79:1, 79:9
**FBN's** [4] - 44:6, 51:10, 54:8, 69:4
**FBN/Compeer** [1] - 25:3
**February** [6] - 43:23, 53:6, 53:11, 53:13, 54:16, 65:10
**FERTILIZER** [1] - 20:21
**fertilizer** [5] - 21:2, 21:3, 23:16, 76:25, 77:20
**few** [2] - 10:23, 54:18
**Fifth** [212] - 8:6, 8:25, 9:2, 9:4, 9:5, 9:6, 9:19, 11:5, 11:10, 11:13, 11:19, 12:3, 12:8, 12:12, 13:16, 13:20, 13:23, 13:25, 14:3, 14:18, 14:22, 14:24, 15:1, 15:16, 15:20, 15:23, 16:1, 16:16, 17:24, 18:3, 18:7, 18:9, 18:23, 19:2, 19:6, 19:23, 20:2, 20:9, 20:13, 20:16, 20:19, 21:7, 21:11, 21:17, 21:22, 22:14, 22:18, 23:25, 24:4, 24:6, 24:8, 24:13, 24:16, 24:18, 24:21, 24:23, 25:1, 25:4, 25:6, 25:8, 25:11, 26:1, 26:22, 26:25, 27:3, 27:6, 28:10, 28:20, 28:23, 29:1, 29:6, 29:16, 29:19, 29:22, 29:25, 30:3, 30:5, 30:8, 30:12, 30:17, 30:25, 31:3, 31:9, 31:12, 31:15, 31:19, 31:22, 32:1, 32:16, 32:19, 32:21, 32:24, 33:3, 33:6, 33:10, 38:11, 38:24, 39:1, 39:3, 39:6, 39:9, 39:14, 40:2, 40:6, 40:9, 40:12, 41:6, 41:10, 41:18, 41:25, 42:3, 42:5, 42:9, 42:13, 42:17, 42:20, 43:14, 43:16, 43:19, 44:11, 44:14, 44:25, 45:24, 46:13, 47:1, 47:4, 47:6, 47:11, 47:15, 47:18, 47:21, 47:24, 48:11, 48:14, 48:16, 48:19, 48:22, 49:2, 49:5, 49:8, 49:18, 49:21, 49:24, 50:1, 50:4, 50:11, 50:14, 50:18, 52:13, 53:21, 54:11, 54:21, 54:24, 55:2, 55:14, 55:17, 55:20, 55:23, 56:1, 56:20, 56:23, 57:2, 57:10, 57:17, 57:20, 57:22, 58:1, 58:7, 58:11, 58:14, 61:3, 61:5, 61:8, 61:11, 61:14, 62:6, 62:14, 62:18, 62:24, 63:4, 63:10, 63:13, 63:16, 63:20, 63:23, 64:18, 65:6, 65:9, 65:14, 65:17, 65:23, 66:3, 66:8, 66:11, 66:20, 66:23, 67:2, 67:5, 67:9, 67:12, 67:18, 67:25, 68:5, 68:8, 68:11, 68:13, 68:16, 68:18, 68:21, 68:24, 69:2, 69:7
**fight** [1] - 76:14
**filed** [2] - 74:23, 80:7
**filing** [1] - 24:24
**final** [3] - 32:3, 70:25, 71:5
**Finance** [3] - 2:10, 4:7, 44:1
**financial** [5] - 66:24, 67:3, 67:7, 67:11, 67:14
**Financial** [1] - 2:10
**financially** [1] - 85:11
**financing** [1] - 76:20
**finish** [2] - 4:21, 5:17
**first** [34] - 4:2, 8:16, 9:21, 10:22, 11:17, 11:22, 18:11, 24:11, 24:17, 30:10, 31:17, 33:1, 34:18, 35:13, 35:21, 36:6, 36:19, 36:23, 37:10, 42:15, 43:24, 47:13, 48:24, 50:6, 52:9, 56:11, 58:9, 60:7, 61:15, 61:18, 63:24, 65:11, 65:16, 70:22
**five** [2] - 81:18, 81:21
**flat** [1] - 83:14
**flesh** [1] - 72:14
**flip** [1] - 25:24
**float** [1] - 75:24
**flow** [4] - 81:9, 82:7, 82:18, 83:6
**Fluegel** [1] - 2:16
**follow** [4] - 13:8, 30:20, 44:17, 48:2
**followed** [10] - 18:12, 18:13, 18:14, 18:15, 18:17, 20:5, 20:25, 21:1, 21:2
**follows** [1] - 4:2
**FOR** [2] - 3:11, 3:12
**FORAGE** [1] - 21:13
**Ford** [5] - 23:1, 23:2, 23:15, 23:16
**foregoing** [2] - 85:4, 85:15
**forge** [8] - 30:15, 31:20, 33:4, 42:18, 47:16, 49:6, 50:12, 58:12
**Forklift** [1] - 14:14
**four** [2] - 77:1, 77:4
**frank** [3] - 59:3, 60:6, 63:25
**front** [17] - 9:23, 10:2, 10:5, 10:14, 12:13, 25:20, 26:17, 27:16, 32:5, 33:16, 43:10, 43:12, 54:5, 71:17, 72:2, 75:18, 76:4
**fuel** [2] - 22:9, 22:10
**full** [2] - 6:4, 7:4
**fully** [1] - 73:13
**generator** [1] - 22:5
**Gislason** [2] - 2:11, 4:6
**giveaway** [1] - 79:1
**Globe** [11] - 16:4,

16:5, 16:7, 16:8, 17:2, 17:18, 17:19, 17:20
**Globes** [1] - 17:20
**gonna** [23] - 9:21, 11:18, 13:6, 13:7, 24:9, 28:2, 28:13, 34:22, 35:2, 58:16, 58:18, 63:25, 67:19, 67:21, 67:24, 70:1, 73:10, 76:12, 76:19, 76:20, 76:21, 78:7, 81:2
**gotcha** [1] - 7:19
**gotta** [1] - 81:18
**government** [1] - 80:8
**GPS** [5] - 16:3, 16:13, 17:1, 17:16, 18:5
**grain** [8] - 68:2, 68:7, 68:9, 68:12, 68:15, 68:17, 68:19, 68:25
**GRAIN** [1] - 20:4
**Grain** [1] - 20:6
**grand** [1] - 72:16
**Grapple** [1] - 15:8
**gray** [1] - 10:12
**guessing** [1] - 71:23
**Hagerup** [1] - 82:20
**hail** [1] - 80:1
**HALBUR** [70] - 4:4, 6:17, 7:25, 8:12, 8:13, 9:15, 9:22, 10:1, 11:14, 11:24, 12:4, 12:23, 13:5, 16:12, 16:19, 17:15, 23:14, 25:18, 25:23, 26:11, 26:19, 27:11, 31:7, 31:10, 33:20, 33:24, 34:3, 34:6, 34:12, 35:17, 36:4, 36:9, 37:15, 41:1, 41:3, 43:1, 43:5, 43:9, 45:8, 50:24, 51:2, 58:21, 58:25, 64:19, 64:23, 65:1, 66:13, 66:16, 68:6, 69:15, 69:22, 71:3, 71:12, 72:23, 73:7, 74:21, 78:20, 78:25, 79:4, 79:8, 79:14, 81:16, 81:23, 82:9, 82:14, 82:22, 83:9, 83:10, 83:17, 83:23
**Halbur** [4] - 2:10, 3:17, 4:5, 86:22
**HALBUR................................** [1] - 3:4
**hand** [5] - 37:4, 51:22, 53:17, 59:10, 59:13
**HAND** [1] - 85:18
**HANDLING** [1] - 20:4
**handy** [2] - 25:13, 50:19
**hard** [4] - 25:21, 32:5, 33:16, 34:24
**Hardi** [1] - 20:25
**Hawkins** [3] - 2:20, 25:2, 25:5
**HAWKINS** [1] - 83:21
**Head** [5] - 18:14, 18:15, 18:16, 18:18
**head** [6] - 5:2, 18:15, 71:4, 71:8, 71:24, 72:3
**Headhunter** [1] - 18:17
**heading** [1] - 14:11
**HEADS** [2] - 18:10, 19:4
**hear** [1] - 73:25
**heard** [3] - 74:3, 74:10, 74:13
**hearing** [1] - 70:21
**held** [4] - 16:18, 17:14, 43:4, 84:3
**help** [1] - 65:22
**Hennepin** [3] - 2:4, 85:6, 85:23
**HENNEPIN** [1] - 85:2
**highlight** [3] - 28:2, 28:13, 46:4
**highlighted** [5] - 29:9, 38:3, 46:1, 46:14, 46:17
**highlighting** [1] - 37:24
**Highway** [2] - 28:4, 45:4
**himself** [1] - 66:15
**hitch** [1] - 23:9
**Hog** [4] - 21:14, 21:16, 21:19, 21:20
**hole** [1] - 76:16
**home** [2] - 6:11, 74:12
**Honda** [2] - 22:4, 23:7
**honest** [1] - 17:5
**hopefully** [2] - 67:23, 70:2
**hoping** [1] - 75:22
**hours** [1] - 5:11
**house** [1] - 78:1
**huhs** [1] - 5:2
**Hunter** [2] - 2:11, 4:6
**ID** [15] - 36:14, 36:18, 36:21, 37:3, 37:9, 37:10, 52:2, 52:14, 52:16, 52:19, 52:21, 59:9, 59:14
**Id** [2] - 36:15, 51:23
**ideas** [1] - 77:17
**identified** [2] - 41:8, 56:25
**immediately** [2] - 24:24, 75:20
**impair** [1] - 5:22
**impede** [1] - 5:21
**IN** [1] - 1:5
**in-house** [1] - 78:1
**income** [3] - 80:7, 80:16, 81:12
**incrimination** [2] - 9:7, 66:15
**indicate** [1] - 35:10
**indicating** [6] - 34:15, 51:5, 52:5, 53:2, 59:6, 79:13
**indicating)** [1] - 50:23
**inductors** [1] - 23:7
**industry** [1] - 77:21
**inform** [1] - 12:11
**INFORMATION...............................** [1] - 3:12
**informed** [1] - 74:7
**initial** [1] - 24:22
**Inland** [1] - 22:4
**input** [2] - 76:24, 78:11
**INSTRUCTION** [1] - 3:12
**insurance** [3] - 79:18, 79:22, 80:3
**intelligible** [1] - 5:9
**intend** [6] - 73:14, 74:8, 74:14, 74:17, 75:12, 75:17
**interest** [7] - 71:25, 72:6, 73:20, 74:5, 75:7, 75:9, 78:23
**interested** [1] - 85:11
**internal** [1] - 10:16
**internally** [1] - 10:9
**invocations** [1] - 67:25
**involved** [8] - 30:1, 31:4, 32:17, 42:1, 47:2, 48:12, 49:22, 57:18
**involvement** [8] - 30:4, 31:11, 32:20, 42:4, 47:5, 48:15, 49:25, 57:21
**IP** [5] - 64:8, 64:9, 64:10, 64:12
**item** [3] - 14:4, 19:16, 77:8
**items** [47] - 12:6, 12:10, 13:6, 14:17, 14:19, 14:20, 14:21, 14:23, 14:25, 15:12, 15:17, 15:22, 15:24, 16:13, 16:15, 17:8, 17:9, 17:22, 17:25, 18:4, 18:8, 18:19, 18:21, 18:24, 19:3, 19:20, 19:22, 19:25, 20:8, 20:10, 20:12, 20:14, 20:18, 20:24, 21:3, 21:6, 21:8, 22:3, 22:13, 22:15, 23:3, 23:10, 23:19, 23:21, 23:24, 24:2, 24:5
**J-A-N-U-S-Z-E-W-S-K-I** [1] - 69:20
**Januszewski** [14] - 69:11, 69:14, 69:23, 70:13, 70:14, 70:17, 71:1, 73:21, 74:6, 79:10, 81:4, 81:10, 81:13, 82:19
**Januszewski's** [1] - 78:17
**JD** [27] - 13:11, 14:12, 14:13, 15:3, 15:10, 16:4, 16:5, 16:7, 16:8, 17:4, 17:17, 17:18, 17:19, 17:20, 18:12, 18:13, 18:14, 18:15, 22:7
**JD8360RT** [1] - 14:6
**jet** [1] - 23:18
**job** [2] - 7:3, 7:8
**John** [4] - 16:4, 17:2, 19:15, 20:24
**keep** [3] - 50:19, 78:5, 82:10
**kid** [1] - 73:4
**kids** [1] - 73:4
**kind** [3] - 21:24, 22:24, 80:2
**kinda** [1] - 36:11
**known** [2] - 73:3, 85:4
**land** [3] - 74:12, 82:19, 82:21
**last** [10] - 7:3, 16:20, 16:24, 37:2, 44:2, 70:20, 73:10, 74:23, 79:10, 80:7
**Lawn** [1] - 15:10
**laws** [1] - 73:23
**lawyer** [1] - 73:17
**lead** [2] - 66:12, 66:14
**learned** [3] - 65:3, 65:18, 65:25
**least** [1] - 36:22
**led** [1] - 24:14
**left** [7] - 37:4, 38:6, 51:22, 53:17, 59:10, 59:13, 60:19
**left-hand** [5] - 37:4, 51:22, 53:17, 59:10, 59:13
**legal** [1] - 73:24
**lender** [4] - 24:15, 24:19, 25:7, 25:10
**lenders** [1] - 67:13
**lending** [1] - 25:9
**lengthy** [2] - 52:2, 52:22
**liable** [1] - 26:15
**Lida** [1] - 6:12
**lien** [2] - 78:7, 78:9
**liens** [1] - 78:15
**lift** [1] - 72:24
**LINE** [1] - 86:3
**line** [1] - 77:8
**liquid** [1] - 21:1
**list** [1] - 17:6
**listed** [9] - 10:18, 12:6, 21:14, 22:3, 45:12, 45:14, 46:6, 46:18, 69:4
**listen** [2] - 4:21, 5:4
**lists** [1] - 74:24
**lived** [1] - 6:18
**LLC** [1] - 44:1
**LLP** [1] - 2:11
**loan** [30] - 24:10, 24:22, 24:25, 25:3, 26:6, 26:7, 26:9, 27:1, 27:4, 39:18, 39:25, 40:4, 40:7, 41:5, 41:9, 43:21, 43:22, 43:23, 43:24, 44:9, 44:12, 51:13, 54:12, 55:15, 55:18, 55:21, 56:19, 56:22, 57:1, 67:16
**loans** [8] - 65:12, 65:13, 65:22, 66:5, 66:6, 66:19, 66:22, 67:20
**Loftness** [1] - 22:6
**logistical** [3] - 16:17, 17:13, 84:2
**look** [7] - 9:20, 14:9, 34:23, 36:11, 37:1, 52:15, 71:10
**looking** [1] - 35:24
**looks** [1] - 23:16
**lose** [1] - 73:8
**loss** [1] - 80:2
**lost** [1] - 17:5
**Lynne** [3] - 32:9, 32:12, 49:13
**Machinery** [1] - 12:16
**machinery** [10] - 10:17, 11:3, 12:16, 13:15, 13:17, 13:21, 13:24, 14:1, 15:14, 18:22
**Mankato** [1] - 1:25
**manner** [11] - 30:1, 31:4, 32:17, 42:1, 47:2, 48:12, 48:21, 49:22, 54:20, 57:18, 61:7
**MARCH** [1] - 1:12
**March** [2] - 2:2, 85:18

**marital** [1] - 6:9
**MARKED** [1] - 3:20
**market** [1] - 80:12
**married** [1] - 6:10
**match** [1] - 59:13
**matches** [1] - 37:10
**matter** [2] - 4:7, 26:5
**matters** [1] - 69:9
**McLaughlin** [41] - 2:15, 2:16, 7:22, 8:7, 9:13, 11:15, 11:20, 12:2, 12:24, 26:8, 27:9, 31:6, 31:8, 33:18, 33:22, 34:1, 34:4, 35:15, 35:23, 37:12, 40:24, 45:6, 50:22, 58:19, 66:10, 66:14, 71:3, 71:7, 72:20, 72:25, 74:19, 78:13, 78:24, 79:3, 79:5, 79:11, 82:3, 82:12, 83:7, 83:13, 84:1
**mean** [5] - 72:16, 76:12, 76:23, 79:2, 81:18
**medications** [1] - 5:21
**meet** [1] - 8:1
**meeting** [6] - 10:22, 11:17, 11:22, 65:12, 65:16, 70:22
**Melroe** [1] - 15:6
**Meridian** [1] - 21:2
**MF** [1] - 14:13
**middle** [1] - 53:17
**might** [1] - 4:8
**mind** [1] - 51:20
**MINNESOTA** [3] - 1:1, 1:24, 85:1
**Minnesota** [12] - 1:25, 2:5, 2:12, 2:17, 6:12, 28:4, 45:4, 68:20, 68:22, 69:1, 69:4, 85:6
**minute** [1] - 53:14
**minutes** [4] - 42:23, 54:18, 81:18, 81:21
**miscellaneous** [1] - 21:23
**Model** [1] - 12:17
**modification** [11] - 26:13, 39:18, 40:1, 40:4, 40:8, 40:11, 54:13, 55:15, 55:19, 55:22, 55:25
**modifies** [1] - 54:15
**modifying** [1] - 54:17
**mom** [4] - 33:2, 50:6, 50:7, 50:10
**mom's** [2] - 32:14, 49:16
**money** [1] - 24:12
**morning** [2] - 4:5, 8:16
**mother** [6] - 33:1, 33:7, 47:23, 49:19, 50:9, 50:15
**mother's** [4] - 32:12, 33:4, 50:12, 51:17
**motion** [10] - 72:24, 74:8, 74:11, 74:15, 74:22, 75:3, 76:2, 76:12, 79:6, 80:6
**motions** [2] - 67:22, 83:12
**motor** [1] - 23:7
**move** [3] - 24:9, 60:18, 77:23
**Mower** [2] - 15:10, 15:11
**MR** [108] - 3:4, 4:4, 6:17, 7:22, 7:25, 8:7, 8:12, 8:13, 9:13, 9:15, 9:22, 10:1, 11:14, 11:20, 11:24, 12:2, 12:4, 12:23, 13:5, 16:12, 16:19, 17:15, 23:14, 25:18, 25:23, 26:8, 26:11, 26:19, 27:9, 27:11, 31:6, 31:7, 31:8, 31:10, 33:18, 33:20, 33:22, 33:24, 34:1, 34:3, 34:4, 34:6, 34:12, 35:15, 35:17, 35:23, 36:4, 36:9, 37:12, 37:15, 40:24, 41:1, 41:3, 43:1, 43:5, 43:9, 45:6, 45:8, 50:22, 50:24, 51:2, 58:19, 58:21, 58:25, 64:19, 64:23, 65:1, 66:10, 66:13, 66:14, 66:16, 68:6, 69:15, 69:22, 71:3, 71:7, 71:12, 72:20, 72:23, 72:25, 73:7, 74:19, 74:21, 78:13, 78:20, 78:24, 78:25, 79:3, 79:4, 79:5, 79:8, 79:11, 79:14, 81:16, 81:23, 82:3, 82:9, 82:12, 82:14, 82:22, 83:7, 83:9, 83:10, 83:13, 83:17, 83:21, 83:23, 84:1
**MSUM** [1] - 7:16
**must** [1] - 66:5
**mute** [1] - 83:20
**MY** [1] - 85:18
**name** [7] - 6:4, 27:7, 32:12, 61:19, 62:9, 69:4, 70:11
**name's** [1] - 4:5
**names** [2] - 68:1, 68:14
**nature** [10] - 30:4, 31:11, 32:20, 39:4, 42:4, 47:5, 48:15, 49:25, 54:22, 57:21
**need** [3] - 33:12, 69:15, 76:12
**negotiated** [2] - 40:4, 55:19
**never** [2] - 70:8, 73:6
**new** [1] - 56:4
**New** [2] - 2:12, 40:20
**next** [6] - 14:4, 14:5, 21:12, 32:2, 33:12, 35:1
**Nissan** [1] - 14:14
**NO** [2] - 1:3, 3:20
**nobody** [1] - 75:9
**None** [5] - 3:6, 3:11, 3:12, 3:12, 3:21
**NOT** [1] - 3:12
**notary** [1] - 85:5
**Notary** [2] - 2:3, 85:23
**note** [4] - 43:22, 51:12, 51:14, 54:15
**NOTE** [1] - 3:16
**notes** [3] - 62:16, 62:19, 85:16
**nothing** [5] - 7:22, 7:23, 71:11, 81:25, 85:9
**notice** [3] - 70:5, 70:8, 72:18
**noticed** [1] - 85:13
**November** [15] - 10:19, 11:3, 11:11, 39:16, 39:21, 54:14, 60:15, 61:21, 62:1, 63:12, 63:19, 68:10, 80:18, 80:22, 80:23
**number** [23] - 20:23, 22:3, 28:12, 28:14, 28:19, 28:22, 28:25, 29:5, 29:7, 36:21, 37:9, 37:10, 46:2, 46:5, 46:6, 46:12, 71:23, 72:3, 80:10, 80:21, 81:1, 81:19
**numbers** [3] - 76:6, 77:4, 82:18
**NW** [1] - 2:17
**o'clock** [1] - 81:19
**oath** [2] - 4:15, 65:11
**object** [2] - 74:8, 74:14
**objection** [1] - 83:16
**OBJECTIONS** [1] - 3:8
**obligated** [1] - 66:18
**observe** [9] - 30:6, 31:13, 32:22, 42:6, 47:9, 48:17, 48:20, 50:2, 57:23
**obtained** [3] - 26:7, 27:4, 44:12
**obviously** [1] - 80:22
**occupation** [1] - 7:8
**OF** [5] - 1:1, 1:11, 1:24, 85:1, 85:2
**offer** [1] - 78:1
**offered** [1] - 78:17
**office** [1] - 85:6
**officer** [3] - 24:22, 24:25, 25:3
**oil** [1] - 22:6
**once** [1] - 11:21
**one** [17] - 4:10, 5:18, 14:5, 22:9, 30:14, 36:2, 36:6, 45:19, 50:23, 53:14, 59:11, 66:24, 67:3, 67:6, 67:10, 82:23
**open** [1] - 78:5
**Optimum** [1] - 14:14
**option** [2] - 78:3, 78:4
**options** [1] - 78:5
**ordered** [1] - 85:14
**original** [5] - 3:17, 62:16, 62:19, 85:13, 86:22
**originally** [2] - 26:12, 36:5
**Ortonville** [1] - 2:17
**otherwise** [8] - 5:6, 17:25, 18:24, 19:24, 21:8, 21:18, 22:15, 24:1
**outside** [5] - 67:19, 68:20, 68:22, 69:1, 69:3
**overdue** [1] - 71:5
**owed** [1] - 40:16
**own** [28] - 13:15, 13:24, 14:1, 14:17, 14:23, 14:25, 15:14, 15:21, 15:24, 16:14, 17:9, 17:22, 18:4, 18:8, 18:21, 19:3, 19:22, 20:8, 20:14, 20:17, 20:18, 21:5, 21:16, 22:13, 23:24, 24:5, 24:7
**owned** [3] - 7:9, 12:7, 12:10
**Owned** [1] - 12:17
**p.m** [6] - 38:1, 60:15, 60:16, 61:22, 62:1
**P.O** [1] - 1:24
**PAGE** [2] - 3:3, 86:3
**page** [127] - 18:11, 19:8, 20:3, 20:20, 21:12, 21:23, 22:20, 27:12, 27:23, 28:1, 28:7, 28:12, 28:15, 28:17, 29:8, 29:13, 30:2, 30:7, 30:9, 30:14, 30:15, 30:18, 30:23, 31:1, 31:5, 31:6, 31:7, 31:14, 31:16, 31:20, 32:2, 32:3, 32:4, 32:10, 32:14, 32:18, 32:23, 32:25, 33:5, 33:8, 33:18, 33:21, 34:19, 35:18, 35:20, 36:7, 36:13, 36:19, 36:23, 37:2, 38:7, 38:21, 39:19, 39:20, 40:13, 41:11, 41:17, 41:20, 41:23, 42:2, 42:8, 42:11, 42:14, 43:24, 44:2, 44:15, 44:21, 44:24, 45:2, 45:21, 45:25, 46:3, 46:10, 46:14, 46:23, 47:3, 47:10, 47:12, 47:16, 47:25, 48:4, 48:10, 48:13, 48:18, 48:21, 48:23, 49:9, 49:17, 49:20, 49:23, 50:3, 50:5, 50:8, 50:12, 50:16, 51:16, 52:4, 52:16, 53:17, 53:18, 54:13, 55:4, 55:9, 56:2, 56:3, 56:5, 56:11, 56:14, 57:3, 57:8, 57:13, 57:15, 57:19, 57:25, 58:5, 58:8, 58:13, 58:23, 61:15, 61:18, 63:24, 64:2, 64:14, 64:15
**Page** [1] - 34:8
**pages** [24] - 10:3, 31:24, 34:15, 34:19, 35:6, 35:11, 35:12, 35:13, 35:16, 35:21, 36:6, 36:20, 37:11, 49:4, 49:6, 51:6, 51:14, 52:8, 52:9, 58:20, 59:21, 59:24, 60:2
**Pages** [2] - 35:5, 59:20
**paper** [1] - 44:17
**parents** [2] - 9:1, 9:3
**parking** [1] - 9:17
**part** [1] - 51:18
**particular** [1] - 26:16
**parties** [2] - 85:10, 85:14
**party** [1] - 85:13
**passed** [1] - 80:4
**pay** [8] - 71:21, 72:8, 72:17, 73:14, 75:12, 75:17, 75:22, 76:19
**payee** [1] - 69:5
**payment** [3] - 70:25,

71:5, 79:10
**payment's** [1] - 73:10
**payments** [3] - 71:13, 71:20, 80:8
**Pelican** [3] - 6:12, 28:4, 45:4
**pending** [3] - 5:17, 5:18, 67:22
**percent** [2] - 77:7, 78:1
**period** [4] - 29:3, 29:4, 29:23, 61:12
**permission** [9] - 30:11, 31:18, 33:2, 42:16, 47:14, 48:25, 49:1, 50:10, 58:10
**personal** [3] - 9:9, 41:7, 56:24
**personally** [15] - 30:6, 31:13, 31:23, 32:22, 33:7, 42:6, 42:10, 47:9, 48:17, 48:20, 50:2, 50:15, 57:23, 58:2, 58:4
**persons** [2] - 68:1, 68:14
**perspective** [1] - 83:6
**pertain** [1] - 35:20
**pertains** [1] - 35:21
**PETER** [6] - 1:11, 2:1, 4:1, 85:4, 86:2, 86:20
**Peter** [23] - 6:6, 26:9, 26:18, 27:7, 27:21, 38:8, 41:13, 43:25, 44:20, 45:3, 48:7, 53:19, 53:24, 55:5, 55:8, 57:5, 60:9, 60:19, 63:2, 64:3, 65:2, 65:11, 65:24
**PHONE** [2] - 2:13, 2:18
**phone** [8] - 28:18, 28:22, 28:24, 29:5, 46:5, 46:6, 46:11
**pickup** [3] - 23:2, 23:3
**piece** [6] - 13:15, 13:17, 13:21, 13:24, 14:1, 81:10
**pieces** [2] - 15:14, 83:4
**place** [2] - 72:21, 74:12
**plan** [1] - 72:12
**planning** [3] - 72:8, 72:12, 81:4
**plans** [1] - 67:23
**PLANTING** [2] - 19:7, 19:21
**planting** [1] - 82:5
**plead** [212] - 8:6, 8:25, 9:2, 9:4, 9:5, 9:19, 11:5, 11:10, 11:13, 11:19, 12:3, 12:8, 12:12, 13:16, 13:18, 13:20, 13:23, 13:25, 14:3, 14:18, 14:22, 14:24, 15:1, 15:16, 15:20, 15:23, 16:1, 16:16, 17:24, 18:3, 18:7, 18:9, 18:23, 19:2, 19:6, 19:23, 20:2, 20:9, 20:13, 20:16, 20:19, 21:7, 21:11, 21:17, 21:22, 22:14, 22:18, 23:25, 24:4, 24:6, 24:8, 24:13, 24:16, 24:18, 24:21, 24:23, 25:1, 25:4, 25:6, 25:8, 25:11, 26:1, 26:22, 26:25, 27:3, 27:6, 27:8, 28:10, 28:20, 28:23, 29:1, 29:6, 29:16, 29:19, 29:22, 29:25, 30:3, 30:5, 30:8, 30:12, 30:17, 30:25, 31:3, 31:9, 31:12, 31:15, 31:19, 31:22, 32:1, 32:16, 32:19, 32:21, 32:24, 33:3, 33:6, 33:10, 38:11, 38:24, 39:1, 39:3, 39:6, 39:9, 39:14, 40:2, 40:6, 40:9, 40:12, 41:6, 41:10, 41:18, 41:25, 42:3, 42:5, 42:9, 42:13, 42:17, 42:20, 43:14, 43:16, 43:19, 44:11, 44:14, 44:25, 45:24, 46:13, 47:1, 47:4, 47:6, 47:11, 47:15, 47:18, 47:21, 47:24, 48:11, 48:14, 48:16, 48:19, 48:22, 49:2, 49:5, 49:8, 49:18, 49:21, 49:24, 50:1, 50:4, 50:11, 50:14, 50:18, 52:13, 53:21, 54:11, 54:21, 54:24, 55:2, 55:14, 55:17, 55:20, 55:23, 56:1, 56:20, 56:23, 57:2, 57:10, 57:17, 57:20, 57:22, 58:1, 58:7, 58:11, 58:14, 61:3, 61:5, 61:8, 61:11, 61:14, 62:6, 62:14, 62:18, 62:24, 63:4, 63:10, 63:13, 63:16, 63:20, 63:23, 64:18, 65:6, 65:9, 65:14, 65:17, 65:23, 66:3, 66:8, 66:11, 66:20, 66:23, 67:2, 67:5, 67:9, 67:12, 67:18, 68:5, 68:8, 68:11, 68:13, 68:16, 68:18, 68:21, 68:24, 69:2, 69:7
**plus** [2] - 71:25, 72:5
**PO** [1] - 2:12
**poor** [1] - 81:8
**portable** [1] - 22:5
**possession** [1] - 76:20
**possibility** [1] - 77:18
**possible** [2] - 78:2, 78:5
**possibly** [1] - 71:16
**potential** [1] - 81:6
**power** [3] - 47:19, 47:22, 85:6
**preparation** [1] - 8:4
**prepare** [1] - 7:20
**prepared** [1] - 10:9
**Present** [1] - 2:20
**price** [1] - 80:18
**prime** [1] - 78:11
**printed** [1] - 34:5
**privilege** [1] - 74:2
**PROCEDURE** [1] - 86:21
**proceedings** [2] - 23:13, 84:4
**proceeds** [12] - 13:22, 14:20, 15:18, 18:1, 18:25, 19:25, 20:11, 21:9, 21:19, 22:16, 24:2, 69:5
**process** [1] - 6:10
**product** [1] - 77:23
**PRODUCTION............................** [1] - 3:11
**PROFESSIONAL** [1] - 1:24
**projected** [4] - 77:14, 80:7, 80:16, 81:12
**promissory** [1] - 54:15
**pronounce** [1] - 69:13
**proof** [5] - 26:4, 44:5, 44:7, 51:10, 54:8
**property** [16] - 41:7, 56:24, 69:12, 69:23, 70:14, 70:17, 71:1, 71:22, 73:21, 74:5, 74:6, 79:10, 81:3, 81:14, 82:24, 82:25
**proposing** [1] - 82:23
**prospective** [1] - 67:15
**provide** [1] - 69:18
**PTO** [1] - 14:6
**Public** [2] - 2:4, 85:23
**public** [2] - 7:11, 85:5
**pull** [11] - 25:13, 27:13, 33:14, 33:15, 38:15, 38:16, 42:22, 42:25, 50:20, 58:16, 58:24
**pulled** [1] - 27:17
**pulling** [1] - 54:3
**purchased** [3] - 68:2, 68:15, 79:18
**purchasing** [3] - 79:25, 80:1, 80:3
**purporting** [1] - 44:20
**purposes** [1] - 4:11
**put** [2] - 38:12, 78:15
**putting** [1] - 75:25
**questions** [3] - 4:20, 10:24, 11:19
**quick** [5] - 42:24, 58:18, 64:20, 81:17, 81:18
**quickly** [1] - 22:24
**quite** [2] - 76:8, 77:13
**R4038** [1] - 20:24
**radios** [1] - 22:7
**Rapids** [3] - 6:12, 28:4, 45:4
**rate** [1] - 85:14
**rather** [2] - 76:13, 76:14
**RE** [3] - 1:5, 3:5, 86:2
**RE-EXAMINATION** [1] - 3:5
**reach** [3] - 40:10, 55:24
**read** [3] - 16:19, 82:2, 82:4
**reaffirm** [1] - 74:17
**real** [1] - 78:15
**realize** [3] - 36:10, 52:14, 73:17
**REASON** [1] - 86:3
**reason** [9] - 5:25, 26:23, 39:7, 39:11, 43:17, 52:11, 54:25, 55:12, 62:4
**reasonable** [1] - 5:11
**reasons** [1] - 81:20
**receive** [2] - 11:11, 63:7
**received** [9] - 7:15, 11:16, 38:9, 53:20, 60:24, 62:12, 62:16, 63:2, 70:8
**recipient** [1] - 53:10
**recognize** [4] - 25:25, 38:22, 43:13, 54:10
**recollection** [1] - 11:4
**record** [21] - 6:5, 11:23, 16:18, 17:14, 25:18, 35:22, 36:13, 37:1, 39:16, 43:2, 43:4, 43:6, 43:20, 64:21, 64:24, 77:11, 81:24, 82:10, 82:18, 84:3, 86:23
**recorded** [1] - 71:9
**records** [1] - 86:22
**recreational** [1] - 23:18
**reference** [2] - 4:9, 36:1
**referring** [2] - 21:25, 76:1
**reflect** [1] - 25:19
**regular** [1] - 70:17
**Related** [1] - 40:22
**related** [1] - 85:10
**relates** [1] - 73:24
**relationship** [3] - 24:15, 24:20, 25:9
**rely** [1] - 67:14
**remain** [1] - 71:13
**remains** [1] - 71:20
**remember** [4] - 10:23, 72:21, 77:5, 77:8
**remind** [1] - 4:14
**remit** [8] - 18:1, 18:25, 19:25, 20:11, 21:9, 21:19, 22:16, 24:2
**rent** [2] - 76:25, 77:20
**repay** [5] - 65:22, 66:5, 66:6, 66:18, 66:22
**replacement** [1] - 78:9
**reported** [1] - 85:4
**REPORTED** [1] - 1:23
**Reporter** [1] - 86:23
**REPORTER** [6] - 16:10, 16:21, 69:17, 69:21, 82:16, 86:2
**reporter** [8] - 4:17, 4:19, 4:24, 5:3, 6:15, 38:20, 68:3, 69:11
**REPORTER'S** [2] - 3:14, 3:16
**REPORTERS** [1] - 1:24
**reporting** [1] - 85:7
**represent** [16] - 4:7, 10:8, 26:2, 34:13, 35:14, 36:20, 36:25, 39:16, 43:20, 51:3, 52:7, 53:9, 54:7, 54:12, 55:3, 59:5
**represents** [1] - 26:6
**requested** [2] - 6:15, 68:3
**REQUESTS** [1] - 3:10
**required** [1] - 4:16
**resided** [2] - 28:8, 45:22
**response** [2] - 40:18, 45:18
**Restad** [50] - 2:15, 4:5, 6:6, 8:14, 10:6, 12:1,

17:16, 25:19, 25:24, 26:10, 26:18, 26:21, 27:7, 27:21, 32:10, 32:12, 38:8, 38:23, 39:22, 40:21, 41:14, 41:20, 43:10, 43:25, 44:21, 45:3, 48:7, 49:13, 53:19, 53:24, 55:5, 55:6, 55:8, 55:9, 56:6, 57:5, 57:12, 60:9, 60:20, 62:9, 62:12, 63:2, 64:3, 65:2, 65:11, 65:24, 79:16, 81:25, 83:24
**RESTAD** [7] - 1:6, 1:11, 2:2, 4:1, 85:4, 86:2, 86:20
**restadc@gmail.com** [1] - 29:10
**restadca@gmail.com** [9] - 29:18, 29:20, 29:24, 38:10, 46:16, 53:20, 54:1, 62:13, 62:25
**retail** [2] - 7:9, 77:21
**retailers** [1] - 77:22
**Retain** [1] - 86:22
**RETURN** [2] - 86:21
**Return** [1] - 86:22
**revenue** [2] - 80:1, 80:21
**review** [3] - 8:4, 11:25, 12:5
**reviewed** [1] - 8:9
**rhalbur@gislason.com** [1] - 2:13
**Rick** [6] - 2:10, 3:17, 4:5, 16:11, 82:19, 86:22
**righty** [1] - 83:23
**Ripper** [1] - 19:16
**risk** [1] - 79:2
**roll** [1] - 23:17
**rolling** [1] - 22:8
**rooms** [1] - 4:18
**route** [1] - 78:3
**RULE** [1] - 1:11
**Rule** [3] - 2:1, 85:4, 85:7
**rules** [1] - 73:23
**run** [1] - 76:6
**runner** [1] - 19:10
**rusty_frow@hotmail** [1] - 63:5
**rusty_frow@hotmail.com** [9] - 60:24, 61:2, 61:9, 61:13, 63:6, 63:11, 63:15, 63:18, 63:22
**S680** [2] - 18:12, 18:13
**sale** [1] - 21:20
**sales** [7] - 15:18, 19:1, 20:1, 20:11, 21:10, 22:17, 24:3
**Sam** [2] - 2:21, 23:12
**saw** [1] - 8:16
**schedule** [2] - 71:17, 72:2
**schedules** [1] - 10:21
**science** [1] - 7:15
**scratch** [1] - 39:17
**screen** [18] - 9:20, 9:24, 10:2, 12:14, 13:1, 25:13, 25:22, 27:13, 27:16, 30:19, 32:4, 38:16, 42:22, 43:8, 48:1, 51:4, 51:25, 54:3
**Sea** [1] - 23:18
**Sea-Doo** [1] - 23:18
**SEAL** [1] - 85:18
**sealed** [1] - 3:17
**second** [6] - 39:20, 43:2, 43:22, 54:13, 55:4, 58:12
**section** [3] - 19:4, 19:7, 21:23
**security** [4] - 43:21, 51:13, 75:7, 75:9
**see** [144] - 9:25, 10:2, 10:10, 10:11, 10:14, 12:15, 12:25, 13:1, 13:9, 13:11, 14:5, 14:7, 14:10, 14:12, 14:15, 15:2, 15:5, 15:12, 16:2, 16:25, 17:17, 18:11, 18:19, 19:8, 19:11, 19:18, 20:3, 20:21, 20:23, 21:12, 21:24, 22:11, 22:20, 22:25, 23:3, 23:10, 23:19, 27:15, 27:18, 27:22, 27:25, 28:3, 28:6, 28:11, 28:14, 28:16, 29:8, 29:11, 32:9, 33:25, 34:10, 34:23, 34:24, 35:3, 35:7, 35:9, 36:10, 36:14, 36:16, 37:5, 37:17, 37:18, 37:20, 37:23, 38:3, 38:20, 39:22, 40:17, 40:20, 40:25, 41:12, 41:15, 41:19, 41:22, 44:19, 44:22, 45:1, 45:9, 45:10, 46:1, 46:3, 46:4, 46:14, 46:17, 48:6, 48:8, 49:14, 49:15, 51:22, 52:1, 52:4, 52:6, 52:25, 53:5, 53:8, 53:14, 53:15, 53:18, 53:22, 53:23, 53:25, 54:4, 54:6, 55:3, 55:7, 56:4, 56:7, 56:8, 56:10, 56:13, 57:5, 57:7, 57:12, 57:14, 59:8, 59:16, 59:17, 59:19, 60:5, 60:7, 60:12, 60:14, 60:17, 60:19, 60:23, 60:25, 61:16, 61:23, 61:24, 62:2, 62:3, 62:8, 62:10, 64:1, 64:4, 64:6, 64:7, 64:10, 64:11, 76:6, 80:14
**seed** [9] - 19:10, 76:25, 77:6, 77:7, 77:9, 77:20, 78:1, 78:6, 78:11
**seeing** [2] - 11:15, 77:13
**sees** [1] - 45:6
**self** [1] - 9:7
**self-incrimination** [1] - 9:7
**sell** [22] - 13:17, 13:21, 14:19, 15:17, 17:25, 18:24, 19:24, 20:10, 21:8, 21:18, 22:15, 24:1, 68:7, 68:9, 68:12, 68:17, 68:19, 68:23, 68:25, 69:3, 74:11, 82:23
**seller** [6] - 70:3, 70:4, 70:5, 70:12, 70:17, 72:18
**sent** [1] - 36:2
**separate** [2] - 34:20, 36:8
**serve** [1] - 72:22
**served** [2] - 47:19, 47:22
**set** [1] - 58:15
**shakes** [1] - 5:2
**share** [6] - 9:24, 10:2, 27:13, 27:15, 30:19, 32:4
**shared** [5] - 12:14, 34:9, 43:8, 44:16, 48:1
**sharing** [2] - 9:20, 25:21
**SHEET** [1] - 86:1
**sheet** [1] - 86:22
**shop** [1] - 22:4
**showed** [1] - 7:24
**sic** [6] - 4:20, 18:17, 22:7, 40:22, 48:25, 62:21
**side** [2] - 38:13, 77:24
**sign** [12] - 30:9, 31:16, 32:25, 42:14, 47:12, 48:23, 50:5, 50:8, 58:8, 63:3, 82:2, 82:4
**signature** [23] - 26:18, 27:20, 30:15, 31:20, 32:14, 33:4, 41:16, 41:23, 42:18, 44:23, 45:2, 47:16, 48:7, 48:9, 49:13, 49:16, 50:12, 51:18, 57:8, 57:15, 58:12, 64:8, 64:13
**signatures** [3] - 42:7, 49:6, 57:24
**signed** [27] - 28:8, 28:18, 29:14, 31:24, 33:8, 34:16, 36:6, 38:1, 38:9, 40:5, 42:11, 45:22, 46:11, 46:24, 49:3, 49:19, 50:16, 51:7, 53:13, 55:19, 58:5, 59:7, 60:16, 62:1, 62:17, 62:19, 64:9
**signer** [2] - 53:23, 60:20
**Signer** [9] - 37:18, 38:7, 53:1, 53:16, 53:19, 60:8, 61:16, 61:17, 62:7
**signing** [1] - 63:8
**sitting** [4] - 66:4, 66:17, 72:16, 76:8
**situation** [1] - 14:11
**Skeleton** [1] - 15:8
**ski** [1] - 23:18
**skid** [2] - 15:7, 15:8
**Skid** [2] - 15:8, 15:9
**Skidsteer** [1] - 15:3
**Skidsteers** [1] - 14:11
**Soil** [1] - 19:17
**sold** [1] - 76:22
**sorry** [14] - 14:11, 16:6, 16:22, 17:3, 31:7, 39:17, 45:13, 51:13, 52:19, 58:2, 58:21, 64:14, 65:20, 75:1
**sorts** [1] - 11:19
**sounds** [3] - 75:4, 80:11
**South** [1] - 2:11
**soybeans** [1] - 80:19
**speaking** [1] - 74:24
**specific** [5] - 27:4, 39:25, 44:12, 55:15, 80:15
**speeding** [1] - 9:17
**spell** [2] - 69:10, 69:13
**spelling** [1] - 69:16
**spoken** [4] - 8:18, 8:21, 66:2, 70:11
**spots** [2] - 5:14, 5:15
**spousal** [4] - 35:18, 44:3, 49:19, 51:16
**spouse** [2] - 73:20, 74:13
**SPRAY** [1] - 20:21
**Sprayer** [1] - 21:1
**spreadsheet** [3] - 75:18, 76:3, 80:12
**spring** [1] - 76:24
**StarFire** [3] - 16:4, 17:2, 17:18
**started** [1] - 67:20
**starts** [3] - 11:21, 17:17
**STATE** [1] - 85:1
**state** [5] - 6:4, 68:20, 68:22, 69:1, 69:3
**State** [2] - 2:4, 85:6
**statement** [1] - 77:16
**statements** [5] - 66:25, 67:4, 67:7, 67:11, 67:14
**STATES** [1] - 1:1
**States** [2] - 28:5, 45:5
**status** [1] - 6:9
**stay** [1] - 72:24
**stays** [1] - 72:21
**stenographic** [1] - 85:16
**still** [11] - 6:10, 14:1, 15:24, 18:8, 20:17, 24:7, 72:12, 75:16, 76:18
**stop** [1] - 82:9
**Street** [1] - 2:17
**strike** [8] - 16:6, 17:3, 29:3, 45:13, 50:7, 58:2, 63:5, 65:20
**subject** [1] - 81:3
**submit** [1] - 66:24
**submitted** [4] - 67:3, 67:6, 67:10, 67:15
**substances** [1] - 5:21
**summarize** [1] - 22:25
**supplier** [1] - 78:12
**sworn** [2] - 4:2, 85:8
**tail** [1] - 22:7
**tall** [1] - 22:8
**tank** [1] - 22:9
**tanks** [3] - 21:2, 22:10, 23:7
**tarp** [1] - 23:17
**teacher** [1] - 73:4
**telephone** [4] - 28:12, 28:14, 29:7, 46:2
**Tender** [1] - 23:17
**terms** [1] - 70:1
**testified** [5] - 4:2, 11:6, 28:1, 65:11, 65:15
**testify** [3] - 4:16, 5:22,

6:1
**testifying** [2] - 4:15, 85:8
**testimony** [5] - 4:19, 4:25, 67:24, 79:15, 79:16
**THE** [21] - 7:23, 9:14, 12:3, 16:10, 16:21, 27:10, 31:9, 34:11, 37:13, 41:2, 51:1, 68:5, 69:17, 69:19, 69:21, 73:2, 74:20, 79:13, 82:7, 82:16, 82:17
**three** [3] - 4:18, 71:16, 71:20
**throughout** [1] - 4:8
**tickets** [2] - 9:17, 9:18
**tillable** [1] - 82:20
**TILLAGE** [1] - 19:15
**Tillage** [1] - 19:21
**tilt** [1] - 23:8
**tilt-bed** [1] - 23:8
**timestamp** [5] - 37:19, 53:1, 60:7, 60:13, 61:20
**timestamps** [1] - 62:5
**title** [3] - 23:21, 23:23, 71:22
**titled** [1] - 22:21
**TO** [1] - 3:12
**today** [27] - 5:11, 5:23, 6:2, 7:21, 9:12, 14:2, 14:25, 15:25, 18:6, 18:8, 20:18, 24:7, 26:20, 38:25, 43:15, 45:16, 46:7, 46:20, 51:9, 62:23, 65:5, 65:20, 66:2, 66:4, 66:17, 72:18, 76:8
**together** [1] - 58:16
**tool** [3] - 22:7, 22:8
**tools** [1] - 22:4
**top** [10] - 10:4, 12:15, 37:3, 39:19, 51:22, 59:10, 59:12, 71:4, 71:8, 71:24
**total** [2] - 35:15, 74:24
**toward** [1] - 62:7
**towards** [2] - 20:20, 61:15
**Tracks** [1] - 15:3
**Tractor** [4] - 13:12, 14:6, 14:12, 14:13
**Tractors** [1] - 14:10
**trailer** [3] - 23:6, 23:8
**Trailer** [2] - 18:16, 18:18
**TRAILERS** [1] - 23:5
**transcript** [3] - 3:17, 85:15, 85:16
**tried** [1] - 83:14
**truck** [1] - 23:16
**TRUCKS** [1] - 23:15
**true** [1] - 85:15
**truth** [4] - 4:16, 85:8, 85:9
**truthfully** [2] - 5:22, 6:1
**trying** [6] - 16:23, 17:10, 76:11, 76:15, 76:23, 78:5
**turn** [9] - 13:1, 13:22, 14:19, 14:20, 15:18, 27:12, 32:4, 33:12, 51:21
**turned** [1] - 83:14
**two** [14] - 17:20, 19:20, 21:2, 22:7, 22:8, 58:23, 59:24, 60:2, 62:16, 62:19, 71:15, 71:20, 83:4
**two-page** [1] - 58:23
**uh-huhs** [1] - 5:2
**Ulm** [1] - 2:12
**unable** [1] - 6:1
**under** [30] - 4:15, 14:10, 16:13, 17:1, 17:8, 17:16, 18:4, 18:10, 19:4, 19:7, 19:14, 21:23, 22:25, 23:5, 23:15, 23:21, 23:22, 26:13, 37:18, 38:7, 52:25, 53:1, 53:18, 60:8, 60:13, 61:16, 61:20, 64:13, 65:11
**underneath** [16] - 14:12, 16:3, 19:20, 23:5, 27:19, 28:11, 29:7, 41:13, 52:3, 53:16, 53:24, 53:25, 57:6, 60:23, 62:7, 64:7
**unfortunately** [1] - 10:10
**United** [2] - 28:5, 45:5
**UNITED** [1] - 1:1
**unless** [1] - 5:6
**unredacted** [5] - 26:3, 44:4, 44:6, 51:9, 54:8
**Unverferth** [2] - 18:16, 19:9
**up** [18] - 7:24, 25:13, 27:13, 27:17, 33:14, 33:15, 38:15, 38:16, 42:22, 42:25, 50:20, 51:4, 54:3, 58:24, 61:17, 71:10, 77:14, 77:17
**van** [1] - 23:6
**vehicle** [1] - 23:18
**Vehicles** [3] - 22:21, 23:22, 23:23
**VEHICLES** [1] - 22:25
**verbal** [2] - 5:1, 5:5
**verify** [1] - 36:22
**version** [3] - 44:4, 44:16, 51:9
**versions** [1] - 44:6
**via** [35] - 2:2, 28:8, 28:18, 29:14, 30:7, 30:10, 31:14, 31:17, 31:24, 32:23, 33:1, 33:8, 36:6, 42:7, 42:11, 42:15, 43:8, 45:22, 46:11, 46:24, 47:10, 47:13, 48:18, 48:24, 49:4, 50:6, 50:9, 50:16, 57:24, 58:5, 58:9, 62:17, 62:19, 63:3, 70:23
**viewed** [9] - 8:9, 37:23, 37:24, 37:25, 53:4, 53:6, 53:10, 60:15, 61:21
**wait** [3] - 4:21, 30:13, 82:9
**waiting** [1] - 83:15
**wanna** [3] - 73:8, 78:7, 81:17
**wants** [1] - 82:3
**Warrior** [1] - 19:17
**water** [2] - 23:6, 23:7
**Wayne** [17] - 26:10, 26:18, 27:7, 27:21, 38:8, 41:13, 43:25, 44:21, 48:7, 53:19, 53:24, 55:5, 55:8, 57:5, 60:9, 60:20, 64:3
**week** [2] - 74:23, 80:7
**weeks** [1] - 10:24
**white** [1] - 10:12
**whole** [2] - 78:16, 85:8
**whoops** [1] - 40:23
**wife** [4] - 73:18, 74:4, 78:22
**William** [1] - 70:13
**willing** [1] - 79:6
**wish** [1] - 82:2
**WITNESS** [17] - 7:23, 9:14, 12:3, 27:10, 31:9, 34:11, 37:13, 41:2, 51:1, 68:5, 69:20, 73:2, 74:20, 79:13, 82:7, 82:17, 85:18
**witness** [1] - 85:8
**Wolverine** [1] - 15:9
**word** [1] - 27:19
**written** [2] - 10:14, 67:14
**year** [3] - 12:17, 79:19, 81:5
**yesterday** [1] - 8:10
**yield** [1] - 80:17
**yourself** [5] - 6:25, 41:4, 56:18, 56:21, 66:7
**Z950R** [1] - 15:10
**zero** [2] - 77:7, 78:1
**zillion** [1] - 79:1
**zillion-dollar** [1] - 79:1
**zoom** [9] - 9:24, 27:19, 32:8, 34:22, 38:19, 40:19, 44:18, 59:9, 63:25
**Zoom** [4] - 2:2, 43:8, 51:24, 70:23
**·** [4] - 86:22, 86:22, 86:23, 86:23