LIQUIDATION ANALYSIS                                                                                              **EXHIBIT A**

RESTAD

| Asset | Value | Lien | 2nd Lien | Marital Interest of Amber Restad * | Exemption | NE Assets |
|---|---|---|---|---|---|---|
| Real Estate: Parcel A - Casey's House | $ 320,000.00 | $ 74,319.00 | $ - | $ 93,448.63 | $ 152,232.37 | $ - |
| Real Estate: Parcel B - Be | $ 392,820.00 | $ 105,607.00 | $ - | $ 80,769.16 | $ 206,443.84 | $ - |
| Real Estate: Parcel C - Lake Lot | $ 494,700.00 | $ - | | $ - | $ 357,767.43 | $ 136,932.57 |
| Real Estate: Parcel D Janu | $ 1,343,151.88 | $ 91,655.59 | $ 141,697.00 | | $ - | $ 1,109,799.29 |
| Real Estate: Parcel E Shop | $ 468,000.00 | | | | | $ 468,000.00 |
| Real Estate: Parcel FF Har | $ 1,360,000.00 | $ 789,777.72 | | $ 285,111.14 | | $ 285,111.14 |
| Dog | $ 1.00 | | | | $ 1.00 | $ - |
| Checking, bank accounts | $ 1.35 | $ 1.35 | | | | $ - |
| Appliances/Furniture | $ 5,000.00 | | | | $ 5,000.00 | $ - |
| Electronics | $ 2,000.00 | | | | $ 2,000.00 | $ - |
| Clothing | $ 2,500.00 | | | | $ 2,500.00 | $ - |
| Farm Equipment Proceed | $ 301,675.00 | $ 288,675.00 | | | $ 13,000.00 | $ - |
| Ford F-150 79 | $ 1,500.00 | | | | 1059 | $ 441.00 |
| Ford Expedition 2019 | $ 16,000.00 | | | | $ 10,000.00 | $ 6,000.00 |
| Ford Expedition 2021 | $ 30,000.00 | | | | | $ 30,000.00 |
| SeeDoo | $ 3,000.00 | | | | | $ 3,000.00 |
| Dock | $ 23,500.00 | | | | $ 13,500.00 | $ 10,000.00 |
| Baseball Card Collection | | | | | | $ - |
| Education | $ 9,858.00 | | | | $ 9,858.00 | $ - |
| Crop | $ 138,945.00 | $ 138,945.00 | | | | $ - |
| Inputs | $ 15,000.00 | $ 15,000.00 | | | | $ - |
| Life Insurace - Term | $ - | | | | $ - | $ - |
| Claims Against Deere | $ - | $ - | | | $ - | $ - |
| Totals | $ 4,927,652.23 | $ 1,503,980.66 | $ 141,697.00 | $ 459,328.93 | $ 773,361.64 | $ 2,049,284.00 |

1. Amber Restad has an undetermined interest in parcel FF and a potential interest in real estate that is non marital but could have an interst in the other real estate based upon the amount of payments made during the marriage. Any jointly owned property can be sold by Debtor in possession while preserving the interest of the Debtor and the Debtor's spouse in the proceeds.

2. Projected materital interest on non-filing spouse in dissolution. Does not reflect other marital debts and assets which may be subject to division.  This is a

3. The crop money was utilized pursuant to a cash collateral order (Docket 61). FBN was given a replacement lien in the Real Estate listed on Exhibit D. This was paid upon the sale of Parcel D.

4. Net proceeds from the sale of the property described as Parcel D were **$1,109,799.03**
Those funds are held in the Trust account of the Debtor's Attorney pending further Court order.
The value of Parcel D is the Value of what it was sold for (1,400,000.00 minus closing costs).

5. Filed proof of claim on unsecured baisis in the amount of $_____. Will be due and paid from the exempt assets.