**EXHIBIT B**

| November 2026 Cash Prices CHS | |
|---|---|
| Corn Price | $ 4.05 |
| Soybean Price | $ 10.22 |

| | Price/Ton | Price/lb |
|---|---|---|
| Urea | $ 575 | $ 0.29 |
| AMS | $ 515 | $ 0.26 |
| Potash | $ 505 | $ 0.25 |
| DAP | $ 815 | $ 0.41 |

| | Price/Gal |
|---|---|
| Zinc 9% | $ 13.50 |

| Seed Price/Unit | |
|---|---|
| Corn | $ 145.00 |
| Soybeans | $ 51.00 |

| Crop Insurance - 70% MP Coverage | |
|---|---|
| | $ 6.43 |
| | $ 3.78 |

| Field | Acres | 2026 Crop | Yield | Total Bu. | Price | Total Rev. | Rev./Acre | Pot. #'s | K Cost/Ac. | DAP #'s | DAP Cost/Ac. | AMS #'s | S Cost/Ac. | Urea #'s | N Cost/Ac. | Zn Rate | Price/Ac | Fert. Exp. | Fert. Exp/Ac. | Seed Variet | Seed Exp. | Seed Exp/Ac. | Chem. Exp. | Chem. Exp/Ac. | Rent Exp. | Rent Exp/Ac. | Crop Ins. | Total Exp | Op. Margin | Op. Inc/Ac. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Egge Conor's | 24 | Corn | 150 | 3,600 | $ 4.05 | $ 14,560 | 608 | 100 | $ 25 | 75 | $ 31 | 100 | $ 26 | 300 | $ 86.25 | 0.25 | $ 3.38 | $ 4,109 | 171 | E612-Conv | $ 1,216 | 51 | $ 526 | 21.93 | $ 3,000 | 125 | $ 91 | $ 8,944 | $ 5,636 | 238.63 |
| Egge Stone Pit | 55 | Corn | 165 | 9,075 | $ 4.05 | $ 36,754 | 668 | 100 | $ 25 | 75 | $ 31 | 100 | $ 26 | 300 | $ 86.25 | 0.25 | $ 3.38 | $ 9,415 | 171 | E612-Conv | $ 2,791 | 51 | $ 1,206 | 21.93 | $ 6,875 | 125 | $ 208 | $ 20,496 | $ 16,258 | 299.38 |
| MK's East Olaf | 17 | Corn | 165 | 2,805 | $ 4.05 | $ 11,360 | 668 | 100 | $ 25 | 75 | $ 31 | 100 | $ 26 | 300 | $ 86.25 | 0.25 | $ 3.38 | $ 2,910 | 171 | E612-Conv | $ 863 | 51 | $ 373 | 21.93 | $ 2,125 | 125 | $ 64 | $ 6,335 | $ 5,025 | 299.38 |
| Egge Dotty's | 62 | Corn | 200 | 12,400 | $ 4.05 | $ 50,220 | 810 | 100 | $ 25 | 75 | $ 31 | 100 | $ 26 | 300 | $ 86.25 | 0.25 | $ 3.38 | $ 10,614 | 171 | E612-Conv | $ 3,596 | 58 | $ 1,360 | 21.93 | $ 7,750 | 125 | $ 234 | $ 23,554 | $ 26,666 | 433.88 |
| Grant Scheer's | 292 | Soybeans | 60 | 17,520 | $ 10.22 | $ 179,054 | 613 | - | $ - | - | $ - | 0 | $ - | 0 | $ - | | $ - | $ - | - | Enlist | $ 14,892 | 51 | $ 13,117 | 44.92 | $ 63,580 | 218 | $ 1,878 | $ 93,466 | $ 85,588 | 299.54 |
| North of Berndt's | 40 | Soybeans | 55 | 2,200 | $ 10.22 | $ 22,484 | 562 | - | $ - | - | $ - | 0 | $ - | 0 | $ - | | $ - | $ - | - | Enlist | $ 2,040 | 51 | $ 1,797 | 44.92 | $ - | | $ 257 | $ 4,094 | $ 18,390 | 466.18 |
| North of Jason's | 22 | Soybeans | 55 | 1,210 | $ 10.22 | $ 12,366 | 562 | - | $ - | - | $ - | 0 | $ - | 0 | $ - | | $ - | $ - | - | Enlist | $ 1,122 | 51 | $ 988 | 44.92 | $ - | | $ 141 | $ 2,252 | $ 10,115 | 466.18 |
| Total | 512 | | | | | | | | | | | | | | | | | $ 27,048 | | | $ 26,522 | | $ 19,367 | | $ 83,330 | | $ 2,873 | $ 159,140 | | |

| | | |
|---|---|---|
| Revenue | $ | 326,818.60 |
| Total Fertilizer | $ | 27,047.63 |
| Total Seed | $ | 26,522.00 |
| Total Chemcial | $ | 19,366.62 |
| Total Crop Ins. | $ | 2,873.46 |
| Total Rent | $ | 83,329.80 |
| Total Inputs | $ | 159,139.51 |
| **Operating Inc.** | $ | 167,679.10 |

| | | |
|---|---|---|
| Fuel | $ | (12,500.00) |
| Electric & Phone | $ | (900.00) |
| R&M | $ | (3,000.00) |
| Real Estate Taxes | $ | (13,312.00) |
| Other | $ | (5,000.00) |
| Projected Living Expenses | $ | (100,375.09) |
| Other Farm Income - Brad | $ | 21,000.00 |
| Government Payments - Farmer Bridge Assistance by 2/28/26 | $ | 45,696.12 |
| Net Profit | $ | 99,288.13 |