**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: BKY 25-60780

Chapter 12

Casey P. Restad,

Debtor

**NOTICE OF CONTINUED HEARING ON CONFIRMATION OF MODIFIED CHAPTER 12 PLAN OF REORGANIZATION DATED AUGUST 25, 2026 [ECF 101]**

PLEASE TAKE NOTICE that the hearing on Confirmation of Modified Chapter 12 Plan of Reorganization dated August 25, 2026 [ECF 101] is scheduled for **Tuesday, September 22, 2026, at 2:00 p.m.,** in Courtroom 8W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

A copy of the plan was served upon all parties August 26, 2026, after the filing.

OBJECTIONS TO CONFIRMATION: An objection to confirmation of the Plan shall be made under Local Rule 3015-3. Seven days prior to the hearing is the last day to timely deliver an objection, and ten days prior to the hearing is the last day to timely mail an objection. The objection must be filed not later than one day after service.

Dated this 26th day of August 2026.

Respectfully submitted,

FLUEGEL, ANDERSON, MCLAUGHLIN,
& BRUTLAG, CHARTERED

/e/ David C. McLaughlin
David C. McLaughlin
Attorney for Debtor
129 2nd Street NW
Ortonville, MN 56278
(320) 839-2549
Attorney License #127383
dmclaughlin@fluegellaw.com