Above Space Reserved for Recording Information

After recording return to:
Jenny Kimmel
5414 NW 88th St, Suite 110
Johnston, IA 50131

# POWER OF ATTORNEY

KNOW ALL BY THESE PRESENTS that FBN Finance, LLC, a Delaware limited liability company ("Originator"), by these presents does make, constitute, and irrevocably appoint Compeer Financial, PCA and Compeer Financial, FLCA (collectively, "Compeer"), its true and lawful attorney-in-fact with full power on behalf of Originator to ask for, require, demand, or receive any and all loan payments and claims for money due or to become due under any and all loans and all related loan documents, including security instruments (including but not limited to mortgages, deeds of trust, security agreements, and lien notification statements), originated by Originator, either now existing or entered into at any time into the future, in which Compeer holds a participation interest and, if applicable, any and all loans issued pursuant to that certain Origination, Field Servicing & Master Participation Agreement dated April 13, 2023, as amended or supplemented, that certain Trade Credit Financing Participation dated November 24, 2021, as amended or supplemented and that certain Farm Operating Loan Participation Agreement - 2021 Renewable dated November 30, 2020, as amended (collectively, the "Loans"), to endorse checks

or other instruments delivered or otherwise received by Compeer and constituting loan payments or sums legally due to a party.

Originator further irrevocably constitutes Compeer its true and lawful attorney-in-fact with full power on behalf of Originator to execute any and all instruments and/or documents relating to and/or connected with the Loans and in the name, place, and stead of Originator to take all actions necessary or desirable to collect, foreclose, or to otherwise resolve said Loans, and further giving and granting to Compeer the full power and authority to do and perform each and every act and thing whatsoever requisite and necessary to be done, as fully, to all intents and purposes, as Originator might or could do if personally present, hereby ratifying and confirming all that Compeer lawfully does or causes to be done by virtue hereof with respect to the Loans. The terms hereof shall remain in full force and effect and are binding upon Originator and Compeer and their respective legal representatives, successors and assigns. This Power of Attorney is coupled with an interest and is irrevocable. This Power of Attorney is not affected by subsequent disability or incapacity of the principal. This Power of Attorney survives any bankruptcy filing of Originator and is to be construed as a durable power of attorney to the extent applicable and shall survive any transfer or assignment of the Loan to any third party.

The foregoing notwithstanding, nothing in this Power of Attorney or otherwise shall obligate or require Compeer to utilize this Power of Attorney nor shall anything herein create any obligation of Compeer to take any actions whether empowered to do so or not. The exercise of the authorities granted herein shall be exercised, if at all, in Compeer' sole discretion. Nothing herein shall be deemed to modify or in any way limit the obligations of the Originator as provided in any other agreement between the parties.

Should legal action, including arbitration and including any bankruptcy case or proceeding be necessary to enforce or interpret the terms hereof, the prevailing party in such proceeding shall be entitled to recover from the losing party its reasonable costs and attorneys' fees incurred including any costs and attorneys' fees incurred in any appeal.

Dated: June 7, 2023

By: Daniel English
Title: GM – FBN Finance

We certify that in our presence on the date appearing above in the state of South Dakota, Daniel English signed the foregoing instrument on behalf of FBN Finance, LLC, appeared to be of sound mind and free from duress at the time the power of attorney was signed, affirmed that he or she was aware of the nature of the document, and signed it freely and voluntarily.

| | | | |
|---|---|---|---|
| Witness 1: | | Witness 2: | |
| Printed: | Cooper Kmesel | Printed: | Joshua D Rohl |
| Address: | 405 S. Shebal Ave<br>Harrisburg, SD 57032 | Address: | 3217 S Burlingame Cir<br>Sioux Falls SD 57103 |

STATE OF South Dakota)
) ss
COUNTY OF Lincoln )

On the 7th day of June, 2023 before me, personally appeared Daniel English, to me personally known, who, being by me duly sworn, did say that (s)he is the General Manager of FBN Finance, LLC, the company named in the foregoing instrument, and that said instrument was signed on behalf of said corporation by authority of its Members or Managers, and said Daniel English, General Manager acknowledged said instrument to be the free act and deed of said corporation.

KATHERINE RANDALL
SEAL NOTARY PUBLIC SOUTH DAKOTA SEAL
My Commission Expires 1/20/29

Notary Public Katherine Randall

**Agent Attestation:** The below agent accepts appointment as agent and understands the duties under the power of attorney and under the law.

Dated: June 12th, 2023

By: Kelly A. Miller
Title: Director of AgTech



4890-1560-6557.2

**Preparer Information:**
Compeer Financial, FLCA, PCA
1921 Premier Drive
P. O. Box 4249
Mankato, MN 56002-4249