# LOAN MODIFICATION AGREEMENT

Loan No: [redacted]7400

The undersigned ("Borrower" whether one or more) is liable to FBN Finance, LLC (“Lender”) for payment of a loan evidenced by a loan and security agreement, as it may have been amended (“Agreement”) and a promissory note dated February 17, 2023, as it may have been amended ("Note") and having the original loan number specified above ("Loan"). Borrower and Lender, in consideration of the mutual promises contained in this agreement, agree to amend the Note as follows:

**Maturity Date:** The Maturity Date is changed to December 1, 2024.

**Interest Rate:** From the date of this agreement until all Obligations under the Note are paid in full, interest shall accrue on all unpaid Obligations at a rate of interest per annum equal to 10.4%. The Lender may change the rate of interest at any time before or after closing.

**Payment Schedule:** The remaining unpaid balance of the Loan is payable in its entirety on the Maturity Date.

**Removal of Revolving Feature**: The Loan is no longer a revolving line of credit and Borrower may not request advances.

**New Borrowers**: Casey Restad (“New Borrower”) is/are added to the definition of Borrowers in the Note and Agreement. New Borrower agrees to be obligated on the Note and Agreement. New Borrower agrees to pay the Obligations when due, and further agrees to assume all of the rights, duties, and obligations of a borrower under the Note and Agreement, and all related loan documents. By signing below, New Borrower grant a security interest in the Collateral owned by New Borrower to Lender.

**Cross Collateralizing with Related Borrowers**:

1. The following is added to the Exhibit A: Definitions (without amending or deleting any existing text under Exhibit A) of the Note:
   **“Related Borrowers”** means Casey Restad.

2. Section 6.10 is hereby added to the Note as follows:
   Cross Collateralization with Related Borrowers. The Borrower hereby further grants and conveys a best available lien on the Collateral to secure any obligations owed by any Related Borrower to Lender.

3. Section 7.1.16 is hereby added to the Note as follows:
   7.1.16. Any Related Borrower shall be in default or breach of any obligations owing to Lender, and such default or breach continues uncured or unwaived beyond any applicable grace period or cure period.

**Additional Payment:** Borrower agrees to pay accrued interest and existing default interest on or before December 1, 2024.

**Additional Collateral**:

1. The definition of Collateral in the Note is hereby amended to add (without amending or deleting any existing text under such definition) the following:

   i. All farm and business equipment and machinery, and all spare parts and special tools for such machinery and equipment, livestock and poultry and offspring thereof, accounts and general intangibles, motor vehicles, goods, inventory, contract rights or rights to payment of money, leases, license agreements, franchise agreements, commercial tort claims, documents, instruments (including any promissory notes), chattel paper (whether tangible or electronic), cash, deposit accounts, certificates of deposit, fixtures, letters of credit rights (whether or not the letter of credit is evidenced by a writing), securities, and all other investment property, supporting obligations, and financial assets, whether now owned or hereafter acquired, wherever located, all Borrower’s books and records relating to the foregoing, and any and all claims, rights and interests in any of the above and all substitutions for, additions, attachments, accessories, accessions and improvements to and replacements, products, proceeds and insurance proceeds of any or all of the foregoing, and accounts receivable arising from the sale of Collateral or products of the Collateral or from any contract for the sale of Collateral or of products of the Collateral.

**Servicing Fee**: As a condition precedent to the effectiveness of this agreement, Borrowers shall remit to Lender in full all outstanding interest, fees, and late charges accrued to the date of this agreement. This shall include an extension fee of $250.00 as consideration for this agreement.

**Continued Liability.** Except as modified in this Agreement, the Note and Agreement, as they may have been amended, shall continue in full force and effect according to their terms. Borrower hereby agrees to pay the Loan according to the terms of the Note and this Agreement. Lender reserves recourse against all persons liable for payment of the indebtedness, including those not signing this Agreement.

*An electronic reproduction of this fully executed document shall be as valid as the original.* **SIGNATURE PAGE FOLLOWS**

**Signature Page to Loan Modification Agreement**

**DATE:** 11/4/2024

**LENDER:**

COMPEER FINANCIAL, PCA as Servicing Agent
and Attorney-in-Fact for FBN Finance, LLC

By: Signed by: Chris Hawkins
Name: Chris Hawkins
Title: Principal Credit Officer Risk

**BORROWER:**

Signed by: Peter Wayne Restad
Peter Wayne Restad, Individually

DocuSigned by: Casey Restad
Casey Restad, Individually