**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: BKY 25-60780

Casey P. Restad, Chapter 12

Debtor

**OBJECTION TO CONFIRMATION OF MODIFIED CHAPTER 12 PLAN OF REORGANIZATION DATED AUGUST 25, 2026 [ECF 101]**

PLEASE TAKE NOTICE that Minnesota Ag Power, Inc. d/b/a Midwest Machinery objects to the Debtor's Modified Chapter 12 Plan of Reorganization dated August 25, 2026. In his proposed Modified Plan of Reorganization, the Debtor lumps John Deere and Company, d/b/a John Deere Financial and Midwest Machinery together in Class 7 and objects to Midwest Machinery's valid claim in the amount of $34,657.11. Minnesota Ag, Inc. d/b/a Midwest Machinery (hereinafter "Midwest") claim arises out of the Debtor's purchase of a John Deere 618C Corn Head, PIN 1H00618CLEC765187, which Debtor took possession of and never paid for. Debtor also owes for some other parts and equipment purchases. Other obligations of the Debtor were written off by Midwest and are not part of its claim. At no time did Midwest retake possession of the Corn Head from Debtor and dispose of the same in violation of the automatic stay. The Corn Head was ultimately purchased at an on-line auction conducted by RDP, a totally different and unrelated John Deere dealership. Therefore, Midwest respectfully requests that its claim be reclassified into Part 8 Non-Priority Unsecured Claims, Class 1, as an allowed non-priority unsecured claim.

Dated this 10th day of September, 2026.

Respectfully submitted,

**GAVIN JANSSEN STABENOW & MOLDAN, LTD.**

Michael M. Gavin
MN# 33832
1017 Hennepin Ave. N.
Glencoe, MN 55336
Telephone: (320) 864-5142
Facsimile: (320) 864-5146
e-mail: mike@gavinlawfirm.com

Attorneys for Minnesota Ag Power, Inc., d/b/a Midwest Machinery