VERIFICATION

I, Anthony D. Cattaneo, Bankruptcy Specialist with the Internal Revenue Service, an agent for the movant named in the Chapter 12 Bankruptcy Case No. 25-60780, declare under penalty of perjury that the foregoing facts in the Objection to Confirmation regarding the bankruptcy of Casey P Restad are true and correct according to the best of my knowledge, information, and belief.

Dated: September 17, 2026

Anthony D. Cattaneo

ANTHONY D. CATTANEO
IRS Bankruptcy Specialist