UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

Casey P. Restad

Bankruptcy No. 25-60780
Chapter 12 Case

Debtor.

---

**DEBTOR'S RESPONSE TO TRUSTEE'S OBJECTION TO CHAPTER 12 PLAN DATED AUGUST 25, 2026 [DOC 112]**

---

Comes now the Debtor and for his response to the Trustee's Objection (Docket 115 and 112) the Debtor states:

1. The Plan as it addresses Berndt Dairy Farm's claim will be corrected to provide for treatment that will comply with the code requirements.
2. The Debtor will pay the remaining unsecured required claims as provided by the Plan through his disposable income. The Detor cannot at this time state exactly what income is year by year. The Debtor will provide reports to the Trustee as required and the Trustee will see the repayment ability as the Plan progresses. This process has been approved in many Chapter 12 Plans.
3. The Debtor's Amended Plan will provide for payment through the Chapter 12 Trustee for the payments to the IRS, State of Minnesota, and Minnesota National Bank are requested.

Dated: September 18, 2026

FLUEGEL, ANDERSON, MCLAUGHLIN,
& BRUTLAG, CHARTERED

/s/ David C. McLaughlin
David C. McLaughlin
Attorney for the Debtor
129 2nd Street NW
Ortonville, MN 56278
(320) 839-2549
Attorney License #1273