UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

Bankruptcy No. 25-60780
Chapter 12 Case

Casey P. Restad

Debtor.

---

**DEBTOR'S RESPONSE TO MINNESOTA DEPARTMENT OF REVENUE'S OBJECTION TO CHAPTER 12 PLAN DATED AUGUST 25, 2026 [DOC 113]**

---

Comes now the Debtor and for his response to the Minnesota Department of Revenue's Objection (Docket 113) the Debtor states:

1. The Debtor will amend the Plan to meet the requirements of Chapter 12 Plan. These payments will come from the proceeds of sale of real estate in an amount determined.

Dated: September 18, 2026

FLUEGEL, ANDERSON, MCLAUGHLIN,
& BRUTLAG, CHARTERED

/s/ David C. McLaughlin
David C. McLaughlin
Attorney for the Debtor
129 2nd Street NW
Ortonville, MN 56278
(320) 839-2549
Attorney License #1273