UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

Bankruptcy No. 25-60780
Chapter 12 Case

Casey P. Restad

Debtor.

---

**DEBTOR'S RESPONSE TO MIDWEST MACHINERY'S OBJECTION TO CHAPTER 12 PLAN DATED AUGUST 25, 2026 [DOC 111]**

---

Comes now the Debtor and for his response to Midwest Machinery's Objection (Docket 111) the Debtor states:

1. It is believed that Midwest worked in connection with Deere and Company on the repossession and disposition of the Combine and 619 corn head. The combine was sold with the corn head, and the creditor should pursue its rights against Deere and Company and or to buyer. Otherwise, the Debtor does not have the equipment and any claim by Midwest Machinery who would be unsecured.

Dated: September 18, 2026

FLUEGEL, ANDERSON, MCLAUGHLIN,
& BRUTLAG, CHARTERED

/s/ David C. McLaughlin
David C. McLaughlin
Attorney for the Debtor
129 2nd Street NW
Ortonville, MN 56278
(320) 839-2549
Attorney License #1273