VERIFICATION

I, Michael M. Gavin, Attorney for the movant named in the Chapter 12 Bankruptcy Case No. 25-60780, declare under penalty of perjury that the foregoing facts in the Objection to Confirmation regarding the bankruptcy of Casey P. Restad are true and correct according to the best of my knowledge, information, and belief.

Michael M. Gavin #33832
**GAVIN, JANSSEN, STABENOW & MOLDAN, LTD.**
1017 Hennepin Ave N
Glencoe, MN 55336
Telephone: 320-864-5142
Facsimile: 320-864-5146
Email: mike@gavinlawfirm.com