UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Chapter 12

Casey P. Restad, BKY 25-60780

Debtor

# ORDER

This matter came before the court for hearing on confirmation of the modified Chapter 12 plan, dated August 25, 2026 (ECF No. 101) by Casey P. Restad. The United States of America, Internal Revenue Service filed objections to confirmation and requested an order denying confirmation. Appearances, if any, were noted on the record.

It appears to the satisfaction of the court that the debtor's modified plan cannot be confirmed.

IT IS ORDERED:

1. The Minnesota Ag Power, Inc. d/b/a Midwest Machinery's objection is SUSTAINED.

2. Confirmation is denied.

Dated: ____________________________

____________________________________
William J. Fisher
United States Bankruptcy Judge