UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

Casey P. Restad

Bankruptcy No. 25-60780
Chapter 12 Case

Debtor.

---

**ORDER APPROVING DISSOLUTION SETTLEMENT**

---

This case came before the court for hearing on the Debtor's Motion to Approve Dissolution Settlement [Doc 105]. By separate Stipulation, filed on August 13, 2026, [Adv. Doc. 15] (the "Stipulation"), the parties agreed to certain relief that is reflected in his Order.

Based upon the written and oral record, and the Motion and Stipulation, the courts finds the grounds exist under 11 U.S.C. 362(d) to warrant relief.

**IT IS ORDERED:** the Debtor's Motion to Approve the Settlement Agreement is Approved.

1. The Motion to Approve the Settlement Agreement is approved as to Property of the Bankruptcy Estate.
2. All other matters are properly decided by the State Court.

Dated: *September 29, 2026*

s/ William J. Fisher

Judge of Bankruptcy Court