**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Case No. 25-60780

Chapter 12

Casey P. Restad,

Debtor.

---

**ORDER FOR DEBTOR-IN-POSSESSION'S AUTHORITY TO SELL LAND IN OTTER TAIL COUNTY, MINNESOTA FREE AND CLEAR**

---

The Debtor-in-Possession's Motion for Order Authorizing Sale of Land in Otter Tail County, Minnesota, Free and Clear of All Liens, Claims and Encumbrances filed by Casey P. Restad the Chapter 12 Debtor-in-Possession of the above-referenced bankruptcy estate ("Debtor") seeking to sell the following real estate in Otter Tail County, Minnesota, to-wit:

**Address: 15861 State Highway 108, Pelican Rapids, MN 56572**

**SECT-24 TWP-136 RANGE-044117.60 AC NW1/4 SE1/4, SE1/4 SE1/4 & GOVT. LOT 3**

**EXCLUDING:**

**All that part of the Southeast Quarter of the Southeast Quarter of Section 24, Township 136, Range 44, Otter Tail County, Minnesota, described as follows:**

**Beginning at the southwest corner of said Southeast Quarter of the Southeast Quarter; thence North 00 degrees 01 minutes 09 seconds West (bearing is based on Otter Tail County Coordinates – 2011 Adjustment) along the west line of said Southeast Quarter of the Southeast Quarter, a distance of 1315.38 feet to the northwest corner of said Southeast Quarter of the Southeast Quarter; thence North 89 degrees 04 minutes 56 seconds East along the north line of said Southeast Quarter of the Southeast Quarter, a distance of 230.29 feet; thence South 22 degrees 28 minutes 46 seconds East a distance of 472.29 feet; thence South 51 degrees 32 minutes 18 seconds East a distance of 126.81 feet; thence South 04 degrees 11 minutes 28 seconds East a distance of 794.98 feet to the**

**south line of said Section 24; thence South 88 degrees 53 minutes 48 seconds West along said south line, a distance of 567.90 feet to the point of beginning.**

**Containing 13.91 acres, more or less. Subject to State Trunk Highway No. 108.**

**AND**

**SECT-19TWP-136 RANGE-043 14.65 AC LOT 9**

**Less Surveyed property Established**

The Court finds that proper notice appears to have been given to all creditors and parties in interest, and the Court, having been advised that there are no pending objections to the proposed sale, and the Court having further considered the Debtor-in-Possession's Motion, and being of the opinion that the property should be sold to Todd Langseth under the terms and conditions described above in the Motion for the price of $710,040.00 less expenses, as shown in the attached Exhibit "A" of the motion.

The Court further finds that interest of the Debtor's spouse, Amber Restad, in the property is properly protected because the net proceeds will be applied to the joint debt owed to Minnesota National Bank and further equity in the property is preserved in the 13.91 acres, which is excluded from the sale.

**IT IS THEREFORE ORDERED;**

1. The Debtor-in-Possession is hereby authorized to sell the property to Todd Langseth, free and clear of all liens, claims and encumbrances in the amount of $710,040.00 and consistent with the terms of the contract attached as Exhibit "A," and all valid liens, claims and encumbrances, if any, shall attach to the proceeds of the sale, including but not limited to the encumbrance recorded as Doc. No. 1280438 by the Otter Tail County Recorder.
2. The Debtor is directed to distribute the net proceeds of the sale to the creditors in order

of priority upon closing up to the debt secured with the respective mortgage without further surcharge under 11 U.S.C. 506(c) or otherwise.

3. The 13.91 acres excluded from the sales shall be released from the mortgage of Minnesota National Bank.

4. The Debtor is authorized to convey both his and his spouse's interest in the land by his sole signature, notwithstanding Minnesota Statutes Section 507.02 and as provided by the Stipulation between the Debtor and spouse.

5. The 14-day stay under Fed. R. Bankr. Proc. 6004(h) is waived.

**BY THE COURT:**

s/ William J. Fisher

Dated: *October 6, 2026*

William J. Fisher
United States Bankruptcy Judge