UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Casey P. Restad

Debtor.

BKY Case No. 25-60780

Chapter 12 Case

**NOTICE OF HEARING AND MOTION FOR ORDER (I) GRANTING EXPEDITED RELIEF, (II) TO PERMIT THE ADDENDUM TO MODIFIED CHAPTER 12 PLAN OF REORGANIZATION DATED NOVEMBER 2, 2026**

To: The entities specified in Local Rules 9013-2 and 9006-1.

1. Casey Restad, ("Debtor"), by and through his undersigned attorney, moves the Court for the relief requested below and gives notice of hearing ("Motion").

2. The Court will hold a hearing on this motion on December 1, 2026 at 1:30 PM. The hearing will be conducted telephonically. Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov or by telephone at 651-848-1061 to obtain the dial-in information. Dial-in instructions for telephonic hearings will also be displayed the ay prior to the hearing on Judge Fisher's public calendar here: https://www.mnb.uscourts.gov/judges-calendars. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

3. Under Local Rule 9006-1(d), any responses to this Motion must be filed and served not later than two hours before the scheduled time for a hearing. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

4. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005, and Local Rule 1070-1. This is a core proceeding pursuant to 28 U.S.C. § 157 (b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petition commencing this chapter 12 case was filed on December 19, 2025 (the "Petition Date"). The case is currently pending before the Court.
5. This motion arises under 11 U.S.C. § 105, Fed. R. Bankr. P. 9017, and Fed. R. Civ. P. 43 (a). This Motion is filed under Fed. R. Bankr. P. 9013 and Local Rules 9013-1, 9013-2, and 5071-1. Expedited relief is requested pursuant to Fed. R. Bankr. P. 9006 (c) and Local Rule 9006-1 (d). Notice of Hearing on this Motion is provided pursuant to Fed. R. Bankr. P. 2002 and Local Rules 9013-2 (b) and 2002-1 (b).
6. The Debtor has filed a Modified Chapter 12 Plan of Reorganization dated November 2, 2026 (ECF No. 136). Interested Party Amber Restad filed an objection Amber to the Debtor's Plan ((ECF No. 137).
7. The Debtor requests an order
    a. Permitting the Debtor to supplement Debtor's Chapter 12 Plan with the Addendum to Modified Chapter 12 Plan of Reorganization ("Addendum"); and
    b. Providing expedited relief regarding the notice of the Addendum.
8. The Federal Rules of Bankruptcy Procedure, Rule 9006(c)(1) and Local Rule 9006-1(d) allows the court to reduce the time for the notice given under a rule for cause. The Debtor requests this Court reduce the notice time required prior to the confirmation hearing for the Addendum because Debtor's plan must be confirmed on December 1, 2026, as scheduled or very quickly thereafter to ensure Debtor may make the payments under the Plan as required by the compromises the Debtor has worked out with various creditors. The only changes the Addendum contains apply to Amber Restad, and the changes are made to address Amber Restad's objections.
9. The Debtor has sent a copy of this filing to Amber Restad's attorney via both email

and mail, and he will receive electronic notice as well. The Debtor also verbally informed Amber Restad's attorney of the intent to file this addendum. Furthermore, the Debtor has served the addendum and this response on all parties.

10. Attached as Exhibit A is the Addendum containing the proposed changes to Amber Restad's treatment.
11. Attached as Exhibit B is a redline version comparing the Addendum to the Modified Chapter 12 Plan of Reorganization dated November 2, 2026.
12. The Debtor maintains this motion is in the best interest of this bankruptcy estate.

WHEREFORE, based on this Motion and all of the pleadings and filing in the above-captioned bankruptcy, Debtor respectfully requests that the Court enter an Order (i) granting expedited relief related to notice period for the Addendum; (ii) permitting the Debtor to testify at the December 1, 2026 hearing to utilize the Addendum as set forth above; (iii) granting such other relief as is just and equitable.

/e/ David C. McLaughlin___
FLUEGEL, ANDERSON, MCLAUGHLIN
& BRUTLAG, CHARTERED
David C. McLaughlin
Attorney for Debtor
129 2nd Street NW
Ortonville, MN 56278
(320) 839-2549
Attorney License #127383
dmclaughlin@fluegellaw.com

Signed: /e/ Casey P. Restad___

Debtor 1: Casey P. Restad

Dated: November 17th, 2026

/e/ Carrie E. Backman___
FLUEGEL, ANDERSON, MCLAUGHLIN
& BRUTLAG, CHARTERED
Carrie E. Backman
Attorney for Debtor
129 2nd Street NW
Ortonville, MN 56278
(320) 839-2549
Attorney License #0403890
cbackman@fluegellaw.com