UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Casey Restad, Chapter 12

Debtor.

Case No. 25-60780

---

**ORDER ON MOTION TO (I) GRANT EXPEDITED RELIEF; (II) PERMIT THE ADDENDUM TO MODIFIED CHAPTER 12 PLAN OF REORGANIZATION DATED NOVEMBER 2, 2026**

---

The above-entitled matter came before the Court on a motion for expedited relief and for permission to supplement the Plan dated November 2, 2026 (ECF No. 136) with an Addendum to the Modified Chapter 12 Plan of Reorganization Dated November 2, 2026 (ECF No. ___) to the above-entitled matter. Based upon the files of record herein, the Court orders:

1. Expedited relief to the Debtor is granted related to the Addendum to the Modified Chapter 12 Plan of Reorganization Dated November 2, 2026;
2. The Debtor is permitted to supplement the Modified Chapter 12 Plan of Reorganization Dated November 2, 2026 with the Addendum to the Modified Chapter 12 Plan of Reorganization Dated November 2, 2026; and
3. Amber Restad's treatment under the Modified Chapter 12 Plan of Reorganization Dated November 2, 2026 is substituted with the treatment contained in the Addendum to the Modified Chapter 12 Plan of Reorganization Dated November 2, 2026.

Dated:

______________________________
William J. Fisher
United States Bankruptcy Judge