**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: BKY 25-60780

Chapter 12

Casey P. Restad,

Debtor

## UNSWORN DECLARATION FOR PROOF OF SERVICE

The undersigned, being an employee of Fluegel, Anderson, McLaughlin & Brutlag, Chartered declares that on the date indicated below, I served true and correct copies of the following:

- **NOTICE OF HEARING AND MOTION FOR ORDER (I) GRANTING EXPEDITED RELIEF, (II) TO PERMIT THE ADDENDU TO MODIFIED CHAPTER 12 PLAN OF REORGANIZATION DATED NOVEMBER 2, 2026.**
- **EXHIBIT A**
- **EXHIBIT B**
- **PROPOSED ORDER**

upon all entities named below by first class mail postage prepaid and by first class mail postage prepaid to a domestic or foreign corporation or upon a partnership or other unincorporated association to the attention of a managing agent, or by certified mail prepaid to an insured depository institution addressed to an officer of the institution and to any entities who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

Office of the U.S. Attorney
600 US Courthouse
300 S. Fourth St.
Minneapolis, MN 55415

AND: ALL CREDITORS ON ATTACHED MATRIX.

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: November 17, 2026 e/Alyssa K. Fremont

Label Matrix for local noticing
0864-6
Case 25-60780
District of Minnesota
Fergus Falls
Mon Nov 16 11:59:39 CST 2026

Berndt Dairy Farm, Inc.
16285 - 440th St.
Pelican Rapids, MN 56572

De Lage Landen Financial Services
8001 Birchwood Ct
Johnston, IA 50131-2889

(p)DEERE CREDIT SERVICES INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

Midwest Machinery Co.
78412 County Road 20
PO Box 197
Stewart, MN 55385-0197

Minnesota Department of Revenue
600 North Robert Street
St. Paul, MN 55146-0010

Minnesota national bank
Rinke Noonan, Ltd.
c/o Benjamin Bohnsack
1015 West St. Germain, Suite 300
PO Box 1497
St. Cloud, MN 56302-1497

United States of America, Internal Revenue S
c/o Adine S. Momoh
600 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415-1320

Fergus Falls - St Paul
200 Warren E Burger Federal Building and
U. S. Courthouse
316 N Robert St
St Paul, MN 55101-1495

ABST Law
4132 30th Ave S #100
Fargo ND 58104-8407

Amber Restad
15861 State Highway 108
Pelican Rapids MN 56572-7201

Berndt Dairy Farm, Inc
16284 440th St.
Pelican Rapids MN 56572-7307

Chase
PO Box 1523
Wilmington DE 19899-1523

Debbi Restad
PO Box 887
Pelican Rapids MN 56572-0887

Environmental Tillage Systems
85 Prairie Ave SW
Faribault MN 55021-5712

FBN Finance, LLC c/o Compeer Financial PCA a
1921 Premier Drive
P.O. Box 4249
Mankato, MN 56002-4249

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

MARY GROESBECK
4414 TUPELLOW ST
Baton Rouge LA 70808-3987

Michael M. Gavin
1017 Hennepin Ave N
Glencoe, MN 55336-2218

Midwest Machinery
1710 N. Franklin
Glenwood MN 56334-2014

Minnesota Dept of Revenue
Inc. Tax Witholding Div.
Mail Station 7701
Saint Paul MN 55146-7701

Minnesota National Bank
1001 S Broadway
Pelican Rapids MN 56572-4708

PHI FINANCIAL
ATLUS RECEIVABLES MANAGEMENT
2121 AIRLINE DR, STE 520
METARIE, LA 70001-5987

PHI Financial Services
7100 NW 62nd Ave
Johnston IA 50131-1050

Park Region Coop
PO Box 630
Pelican Rapids MN 56572-0630

Peter Restad
44334 Cty Hwy 113
Pelican Rapids MN 56572-7306

RDO Equipment
PO Box 7160
Fargo ND 58106-7160

(p)RABO AGRIFINANCE LLC
1402 TECHNOLOGY DR
CEDAR FALLS IA 50613-1233

State of Minnesota, Department of Revenue
PO Box 64447 - BKY
St Paul, MN 55164-0447

Syngenta Seeds, LLC
PO Box 772318
Detroit MI 48277-2318

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070

William Januszewski
22089 430th St
Pelican Rapids MN 56572-7419

Amber Restad
15861 State Highway 100
Pelican Rapids, MN 56562-72001

Carrie Backman
Fluegel, Anderson, McLaughlin & Brutlag
129 2nd St NW
Ortonville, MN 56278-1408

Casey P Restad
23361 Lida Dr.
Pelican Rapids, MN 56572-7753

David C. McLaughlin
Fluegel Anderson McLaughlin & Brutlag
129 2nd St NW
Ortonville, MN 56278-1408

Karissa L Haugen
ReMax Advantage Plus Broker
47 N Broadway
Pelican Rapids, MN 56572

Kyle Carlson
Chapter 13 Trustee
PO Box 519
Barnesville, MN 56514-0519

SAM V CALVERT
1011 2ND STREET N
STE 107
false
ST CLOUD, MN 56303-3237

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Deere & Company
d/b/a John Deere Financial
PO Box 6600
Johnson, IA 50131

(d)Deere & Company
6400 NW 86th St
Johnston, IA 50131

(d)John Deere Financial
6400 NW 86th St
PO Box 6600
Johnston IA 50131-6600

Rabo Agrifinance
PO Box 410650
Saint Louis MO 63141-0650

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FBN Finance, LLC c/o Compeer Financial, PC

(d)De Lage Landen Financial Services
8001 Birchwood Ct
Johnston, IA 50131-2889

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 39 |
| Bypassed recipients | 2 |
| Total | 41 |