**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Chapter 12
BKY 25-60780

Casey P. Restad

Debtor.

**AFFIDAVIT**

1. Casey P. Restad states the following, under penalty of perjury, in support of confirmation of the modified chapter 12 plan of reorganization filed on November 2, 2026.

2. I was engaged in a farming operation as of the date of the filing of this chapter 12 case and remain engaged in a farming operation.

3. My aggregate debts do not exceed $10,000,000. Not less than 50 percent of my aggregate noncontingent, liquidated debts arise out of the farming operation I own and operate.

4. I received more than 50 percent of my gross income from my farming operation in the taxable year preceding the year this case was filed.

5. Based on advice of counsel, I believe the plan complies with the provisions of chapter 12 and with all other applicable provisions of Title 11.

6. I have paid all fees required under 28 U.S. Code § 1930 and all other fees, charges, or amounts required under the terms of the plan.

7. I have proposed the plan in good faith and not by any means forbidden by law.

8. The value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the bankruptcy estate were liquidated under chapter 7 of this title on such date.

9. With respect to each allowed secured claim provided for by the plan, (1) the holder of such claim has accepted the plan; (2) the plan provides that the holder of such claim retain the lien securing such claim and the value, as of the effective date of the

plan, of property to be distributed by the trustee or the debtor under the plan on account of such claim is not less than the allowed amount of such claim; or (3) we have provided for the surrender of the property securing such claim to such holder.

10. I believe my annual income is sufficiently stable and regular to enable me to make all payments due under the plan and comply with the terms of the plan.

11. I did not owe any domestic support obligations as of the date of filing and do not owe any currently.

12. My plan commits all of my disposable income received during the term of the plan towards payments under the plan.

13. My plan provides for the submission of my future earnings and income to the supervision and control of the trustee in the amounts necessary for the execution of the plan.

14. My plan provides for the full payment of all claims entitled to priority under 11 U.S.C. § 507.

15. The plan term is three years.

Further you affiants sayeth not.

STATE OF MINNESOTA )
)SS
COUNTY OF Otter Tail )

_______________________

Casey P. Restad

Sworn to and subscribed before me this 24th day of November, 2026.

_______________________

Notary Public

SHELLEY L SORUM
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2028